UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**A.L. by and through D.L. as next Friend, et al**

                    **Plaintiffs,**

v.                                           Case No: 6:14-cv-1544-Orl-22GJK

**WALT DISNEY PARKS AND RESORTS U.S. INC.,**

                    Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

On behalf of Plaintiffs, A.L. by and through D.L. as next friend, et al, in accordance with Local Rule 1.04(d), I certify that the instant action:

_X_    Is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Precautionary disclosure: While several of the Plaintiffs have provided notice of discrimination to the Florida Commission on Human Relations, pursuant to Section 760.11, Florida Statutes, no administrative action is pending.*

___    IS NOT related to any pending or closed civil or criminal case(s) filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven (11) days after the appearance of the party.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF this 30th day of September, 2014 to all parties who have requested notice via electronic filing.

**DOGALI LAW GROUP, P.A.**

 /s/Andy Dogali
Andy Dogali
Fla. Bar No.: 0615862
101 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
Primary Email: adogali@dogalilaw.com
Secondary Email: reception@dogalilaw.com
*Attorneys for Plaintiffs*