**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**A.L. by and through D.L. as next Friend, et al**

                    Plaintiffs,

**v.**                                            **Case No: 6:14-cv-1544-Orl-22GJK**

**WALT DISNEY PARKS AND RESORTS U.S. INC.,**

                    Defendant.

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, A.L. by and through D.L. as next friend, et al, through undersigned counsel and pursuant to this Court's Interested Persons Order, disclose the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    *None.*

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    *None.*

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    *None.*

1

    4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

*None.*

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" where I know of no actual or potential conflict of interest.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF this 30th day of September, 2014 to all parties who have requested notice via electronic filing.

**DOGALI LAW GROUP, P.A.**

 /s/Andy Dogali
Andy Dogali
Fla. Bar No.: 0615862
101 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
Primary Email: adogali@dogalilaw.com
Secondary Email: reception@dogalilaw.com
*Attorneys for Plaintiffs*

2