# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A. L., D. L., J. S., D. S., S. J. K., S. L. K., A. B., M. B., D. H., J. M., S. M., E. M., J. K., D. M., C. M., J. C., L. C., T. P., C. M. J., D. M. J., S. G., J. B., K. B., J. B. W., K. P. B. and S. P.,

        **Plaintiffs,**

v.                                                                               Case No:   6:14-cv-1544-Orl-22GJK

**WALT DISNEY PARKS AND RESORTS U.S. INC.,**

        **Defendant.**

## ORDER

This cause comes before the Court on Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement (Doc. No. 73) filed September 30, 2014.   In response to each inquiry Plaintiffs have answered "*None*".    It would appear at a minimum that counsel would list the parties and their counsel in response to inquiry number 1, and the Plaintiffs in response to inquiry number 4.   Counsel's performance falls below the level of practice expected of attorneys appearing before this Court.   It is important for counsel to thoroughly respond to the Interested Persons Order to provide the Court with the information necessary to determine if the Judge can properly preside over a case.   Counsel should not take their duty to the Court lightly.

Based on the foregoing, it is ordered as follows:

1. No later than October 10, 2014 Plaintiffs shall file a properly completed Amended Certificate of Interested Persons and Corporate Disclosure Statement under seal. In completing their responses Plaintiffs shall list the full names of all Plaintiffs.

- 2 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 1, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties