# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A. L., D. L., J. S., D. S., S. J. K., S. L. K.,
A. B., M. B., D. H., J. M., S. M., E. M., J.
K., D. M., C. M., J. C., L. C., T. P., C. M.
J., D. M. J., S. G., J. B., K. B., J. B. W., K.
P. B. and S. P.,

       Plaintiffs,

v.                                         Case No:   6:14-cv-1544-Orl-22GJK

**WALT DISNEY PARKS AND
RESORTS U.S. INC.,**

       **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO APPEAR PRO HAC VICE** (Doc. No. 89) |
| **FILED:** | October 16, 2014 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

The motion to appear *pro hac vice* of Kerry Alan Scanlon, Esq. (Doc. No. 89), is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at

- 2 -

www.flmd.uscourts.gov under "CM/ECF." Counsel admitted to appear pro hac vice must take the tutorial offered on the website before using the system.

Local counsel, Manuel Kushner, Esq., fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney. If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order.

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties