# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A. L., D. L., J. S., D. S., S. J. K., S. L. K., A. B., M. B., D. H., J. M., S. M., E. M., J. K., D. M., C. M., J. C., L. C., T. P., C. M. J., D. M. J., S. G., J. B., K. B., J. B. W., K. P. B. and S. P.,

        Plaintiffs,

v.                      Case No: 6:14-cv-1544-Orl-22GJK

**WALT DISNEY PARKS AND RESORTS U.S. INC.**,

        **Defendant.**

## ORDER

Upon a review of the docket, it appears that attorney Rhonda Trotter has failed to move for admission *pro hac vice*. Ms. Trotter is hereby **ORDERED** to move for admission *pro hac vice* within fourteen (14) days of the date of this Order or she will be terminated as attorney of record.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 3, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties