UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| A.L., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:  6:14-CV-1544-ACC-GJK |
| | ) | |
| WALT DISNEY PARKS AND RESORTS U.S., INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO WITHDRAW RHONDA TROTTER AS ATTORNEY OF RECORD

Pursuant to the Court's November 4, 2014 Order, Defendant Walt Disney Parks and Resorts U.S., Inc., by and through undersigned counsel, hereby moves to withdraw Rhonda Trotter, of the law firm of Kaye Scholer LLP, as attorney of record, and in support hereof states as follows:

1. Rhonda Trotter, who is an attorney in Kaye Scholer's Los Angeles office, served as local counsel before this case was transferred from the Central District of California.  Manuel Kushner, who is also an attorney with Kaye Scholer LLP, began serving as local counsel once the case was transferred to this Court on September 23, 2014.  Co-counsel Kerry Alan Scanlon and Jeremy White, whose *pro hac* motions were granted on October 20, 2014 (Doc Nos. 92 & 93), will continue to represent Defendant in this matter.

2. At no time did Ms. Trotter make an appearance in the above-captioned case.

3. No party will be prejudiced by Ms. Trotter's withdrawal as attorney of record.

4. Counsel for Defendant has conferred with opposing counsel regarding this motion and has confirmed that the Plaintiffs do not object to an order granting the requested relief.

WHEREFORE, it is respectfully requested that Rhonda Trotter be permitted to withdraw as attorney of record for Defendant in the above proceeding.

Dated:  November 12, 2014                        Respectfully submitted,

/s/ Manuel Kushner
Manuel Kushner
Florida Bar Number: 330957
KAYE SCHOLER LLP
Phillips Point, West Tower
777 South Flagler Drive, Suite 900
West Palm Beach, FL 33401-6163
(561) 802-3230 telephone
(561) 802-3217 facsimile
Manuel.kushner@kayescholer.com
Florida-service@kayescholer.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

                              /s/ Manuel Kushner
                              Manuel Kushner