# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A. L., D. L., J. S., D. S., S. J. K., S. L. K.,
A. B., M. B., D. H., J. M., S. M., E. M., J.
K., D. M., C. M., J. C., L. C., T. P., C. M.
J., D. M. J., S. G., J. B., K. B., J. B. W., K.
P. B. and S. P.,

       **Plaintiffs,**

**v.**                    **Case No:   6:14-cv-1544-Orl-22GJK**

**WALT DISNEY PARKS AND
RESORTS U.S. INC.,**

       **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO WITHDRAW**   (Doc. No. 96) |
| **FILED:** | **November 12, 2014** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

**DONE** and **ORDERED** in Orlando, Florida on November 14, 2014.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties