# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PLAINTIFFS OF RECORD,**

      Plaintiffs,

v.

**WALT DISNEY PARKS AND RESORTS US, INC.,**

      Defendant.

Case Nos:
- 6:14-cv-1544-Orl-22GJK
- 6:14-cv-1889-Orl-22GJK
- 6:14-cv-1890-Orl-22GJK
- 6:14-cv-1891-Orl-22GJK
- 6:14-cv-1893-Orl-22GJK
- 6:14-cv-1895-Orl-22GJK
- 6:14-cv-1896-Orl-22GJK
- 6:14-cv-1897-Orl-22GJK
- 6:14-cv-1900-Orl-22GJK
- 6:14-cv-1901-Orl-22GJK
- 6:14-cv-1917-Orl-22GJK
- 6:14-cv-1918-Orl-22GJK
- 6:14-cv-1919-Orl-22GJK
- 6:14-cv-1921-Orl-22GJK
- 6:14-cv-1922-Orl-22GJK
- 6:14-cv-1923-Orl-22GJK
- 6:14-cv-1925-Orl-22GJK
- 6:14-cv-1926-Orl-22GJK
- 6:14-cv-1927-Orl-22GJK
- 6:14-cv-1928-Orl-22GJK
- 6:14-cv-1929-Orl-22GJK
- 6:14-cv-1930-Orl-22GJK
- 6:14-cv-1931-Orl-22GJK
- 6:14-cv-1932-Orl-22GJK
- 6:14-cv-1933-Orl-22GJK
- 6:14-cv-1934-Orl-22GJK
- 6:14-cv-1935-Orl-22GJK
- 6:14-cv-1936-Orl-22GJK
- 6:14-cv-1937-Orl-22GJK
- 6:14-cv-1938-Orl-22GJK
- 6:14-cv-1939-Orl-22GJK
- 6:14-cv-1940-Orl-22GJK
- 6:14-cv-1942-Orl-22GJK
- 6:14-cv-1943-Orl-22GJK
- 6:14-cv-1944-Orl-22GJK
- 6:14-cv-1945-Orl-22GJK
- 6:14-cv-1946-Orl-22GJK

Case 6:14-cv-01919-ACC-GJK   Document 19

**ORDER**

This cause comes before the Court *sua sponte* upon review of the Amended Complaints filed in several of these cases on March 5, 2015. In an Order entered on February 19, 2015, the Court declined to exercise supplemental jurisdiction over the California common-law claims that accompanied Plaintiffs' ADA claims in this and every other suit brought in this District against Disney for discrimination under its new Disability Access Service program. To be clear, the Court dismissed all of the common law claims in all of the cases named in the February 19 Order. As the Court noted in that order, after a proper transfer under 28 U.S.C. § 1404(a), the state law of the transferor court (here, California) applies to any transferred state-law claims. *James Ventures, L.P. ex rel. Alpert v. Timco Aviation Servs., Inc.*, 315 F. App'x 885, 888 (11th Cir. 2009) (per curiam) (citing *Van Dusen v. Barrack*, 376 U.S. 612, 639-42, 84 S. Ct. 805, 821-22 (1964) ("A change of venue under § 1404(a) generally should be, with respect to state law, but a change of courtrooms.")). The fact that the Court severed the transferred case and granted the motion for leave to add new plaintiffs does not affect the applicability of California law to all of the common law claims in these cases.

Regardless of what state's law governs the common-law claims, the Court declined supplemental jurisdiction over them and dismissed them without prejudice in its February 19 Order. Amended Complaints filed in a handful of these cases appear to include requests for reconsideration of that Order, but any such requests are inappropriate as they were not made in the form of a motion. *See* Local Rule 3.01(f) ("All applications to the Court (i) requesting relief in any form . . . shall be made in writing . . . in accordance with this rule and in appropriate form pursuant to Rule 1.05.") The Amended Complaints themselves are due to be stricken because they were

submitted more than 21 days after Disney served responsive pleadings, Fed. R. Civ. P. 15(a)(1)(B), and without Disney's written consent or leave of Court, Fed. R. Civ. P. 15(a)(2).

Lest there be any confusion, the Court will proceed only on the federal claims brought under the Americans with Disabilities Act and, where they exist, the analogous claims brought under California's Unruh Civil Rights Act.

Based on the foregoing, it is ordered as follows:

1. The Amended Complaints that were filed on March 5, 2015, in the following cases are **STRICKEN**:

   a. **6:14-cv-1897-Orl-22GJK**
   b. **6:14-cv-1917-Orl-22GJK**
   c. **6:14-cv-1919-Orl-22GJK**
   d. **6:14-cv-1921-Orl-22GJK**
   e. **6:14-cv-1926-Orl-22GJK**
   f. **6:14-cv-1927-Orl-22GJK**
   g. **6:14-cv-1930-Orl-22GJK**
   h. **6:14-cv-1932-Orl-22GJK**
   i. **6:14-cv-1934-Orl-22GJK**
   j. **6:14-cv-1936-Orl-22GJK**
   k. **6:14-cv-1938-Orl-22GJK**
   l. **6:14-cv-1944-Orl-22GJK**
   m. **6:14-cv-1946-Orl-22GJK**

2. All Plaintiffs' common law claims are **DISMISSED without prejudice**. As provided by 28 U.S.C. § 1367(d), the period of limitations for these claims shall be tolled for 30 days from the entry of this Order, unless state law provides for a longer tolling period.

- 4 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 18, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties