UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A.L., by and through D.L., as Next
Friend, Parent and Natural Guardian;
D.L., Individually,

        Plaintiffs,        Case No. 6:14-cv-1544-Orl-22GJK

v.

WALT DISNEY PARKS AND RESORTS
US, INC.

        Defendant.
_____/

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT FOR
PLAINTIFFS' MOTION TO COMPEL AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs, A.L. by and through D.L., as Next Friend, Parent and Natural Guardian, and D.L., individually, by and through undersigned counsel, hereby move to exceed the page limits contained in Middle District of Florida Local Rule 3.01(d) with respect to the filing of Plaintiffs' Motion to Compel Better Answers to Plaintiffs' First Request for Production of Documents on the following grounds.

This is an action for injunctive and declaratory relief under the Americans with Disabilities Act (42 U.S.C. §12131, *et seq.*), for Defendants' discrimination against A.L. on account of his disability. On December 12, 2014, Plaintiffs served their First Request for Production of Documents (the "Request") on Defendant pursuant to Rule 34 of the Federal Rules of Civil Procedure. On January 15, 2015, Defendant served its response to the Request (the "Response"). Many of Defendant's responses were evasive, vague, and not in compliance with the Rules of Procedure or the Local Rules of this Court. Furthermore,

1

Defendant has only produced a small number of documents and otherwise failed to fulfill their discovery obligations.

The Request contains seventy-two requests for specific documents. Because the local rules require that a moving party recite each request and each response that is subject to a motion to compel in the body of the motion, along with a statement as to why the moving party is entitled to each category of documents requested, Plaintiffs' motion will exceed 25 pages in length. Plaintiff expects the final motion to compel to be forty-four pages in length.

WHEREFORE, Plaintiffs request that this Court grant them permission to exceed the page limit of Local Rule 3.01(d) with respect to Plaintiffs' Motion to Compel and Incorporated Memorandum of Law thereto, which will not exceed 44 pages in length, together with such additional relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff has conferred with counsel for Defendant who stated that they oppose the relief requested in this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Electronic Mail this 2nd day of April, 2015 to:

| | |
|---|---|
| **Kerry Scanlon, Esq.** | **Manuel Kushner, Esq.** |
| **Jeremy White, Esq.** | Kaye Scholer LLP |
| Kaye Scholer LLP | Phillips Point, West Tower |
| The McPherson Building | 777 South Flagler Drive, Suite 900 |
| 901 Fifteenth St. NW | West Palm Beach, FL  33401 |
| Washington, DC 20005 | mkushner@kayescholer.com |
| Kerry.Scanlon@kayescholer.com | |
| Jeremy.White@kayescholer.com | |

**DOGALI LAW GROUP, P.A.**

_/s/Andy Dogali_
Andy Dogali
Fla. Bar No.: 0615862
101 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
Primary Email: adogali@dogalilaw.com
*Trial Counsel*

And

EUGENE FELDMAN
gfeldmanlaw@att.net
Eugene Feldman, Attorney at Law, APC
555 Pier Avenue, Suite 4
Hermosa Beach, CA 90254
Tel:  (310) 372-4636
Fax:  (310) 372-4639
Email:  gfeldmanlaw@att.net
*Attorneys for Plaintiffs*