# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 26, 2018

Elizabeth Warren
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 16-12647-EE
Case Style: A. L. v. Walt Disney Parks and Resorts
District Court Docket No: 6:14-cv-01544-ACC-GJK

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

## UNITED STATES COURT OF APPEALS
### For the Eleventh Circuit

_____

Nos. 16-12647, 17-10143, 17-10144, 17-10148 through 17-10154,
17-10193 through 17-10196, 17-10198, 17-10199, 17-10200,
17-10202, 17-10203, 17-10205 through 17-10209,
17-10212 through 17-10214, 17-10216 through 17-10218

_____

D.C. Docket No. 6:14-cv-01544-ACC-GJK, et al.


A.L. by and through D.L., as Next Friend, Parent and Natural Guardian,
S.J.K, by and through S.L.K. as Next Friend, Parent and
Court-Appointed Guardian,
et al.,

                                                                                                                     Plaintiffs-Appellants,

versus

WALT DISNEY PARKS AND RESORTS US, INC.,

                                                                                                                      Defendant-Appellee.

_____

Appeals from the United States District Court for the
Middle District of Florida

_____

### JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 17, 2018
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 11/26/2018**

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __16-12647-E__

A.L., by and through D.L., as Next Friend, Parent and Natural Guardian ____ vs. __WALT DISNEY PARKS AND RESORTS US, INC.__

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | $500.00 | 500.00 |
| Appellant's Brief | x |  | 44 | 7 | 308 | 46.20 | 46.20 |
| Appendix | x |  | 1158 | 5 | 5790 | 868.50 | 868.50 |
| Appellee's Brief |  |  |  |  |  |  |  |
| Reply Brief | x |  | 33 | 7 | 231 | 34.65 | 34.65 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| *Note: If reproduction was done commercially, receipt(s) must be attached. |  |  |  |  | TOTAL | $1,449.35 REQUESTED | $1,449.35 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _/s/_  
Attorney Name: __Andy Dogali__ (Type or print your name)  
E-mail: __adogali@dogalilaw.com__  
Street Address/City/State/Zip: __401 E. Jackson St., Suite 1825, Tampa, FL 33602__

Date Signed: __8/31/2018__  
Attorney for: __A.L., by and through D.L.__ (Type or print name of client)  
Phone: __813-289-0700__

---

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ __1,449.35__ against __appellee__

and are payable directly to __appellant__

David J. Smith, Clerk of Court

By: _/s/ Tina Porter_    DATE: __9/21/2018__  
Deputy Clerk

Issued on: _____

BOC Rev.: 6/17

**ISSUED AS MANDATE 11/26/2018**