**Appendix A**

**List of Plaintiff's Exhibits that Disney Moves To Strike**

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 7 | Exhibit 4 to Deposition of Alison Armor (Disney-AL1007777-1007784) | "Generalized Intent" document (Dkt. 267 at 12) |
| 15 | Exhibit 18 to Deposition of Alison Armor (Disney-AL1014797-1014800) | "Generalized Intent" document (Dkt. 267 at 12) |
| 16 | Exhibit 19 to Deposition of Alison Armor (Disney-AL1006916-1006918) | "Generalized Intent" document (Dkt. 267 at 12) |
| 17 | Exhibit 20 to Deposition of Alison Armor (Disney-AL1044498-10444500) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 18 | Exhibit 21 to Deposition of Alison Armor (Disney-AL1006860-1006861) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 20 | Exhibit 24 to Deposition of Alison Armor (Disney-AL1003581) | "Generalized Intent" document (Dkt. 267 at 12) |
| 21 | Exhibit 25 to Deposition of Alison Armor (Disney-AL1008394) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 22 | Exhibit 26 to Deposition of Alison Armor (Disney-AL1017163) | "Generalized Intent" document (Dkt. 267 at 12) |
| 23 | Exhibit 27 to Deposition of Alison Armor (Disney-AL1017319) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 24 | Exhibit 28 to Deposition of Alison Armor (Disney-AL1017601) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 29 | Exhibit 8 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment – Compendium of References to Disney Disability Executives' Voices Ignored | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 30 | Confidential: Exhibit A to Affidavit of D.L. in Support of Motion for Partial Summary Judgment (AL,DL003017-003019) | FCHR Medical Certification Form (Dkt. 267 at 10); evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 34 | Confidential: Exhibit 7 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Disney-AL1024127) | "Generalized Intent" document (Dkt. 267 at 12) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 35 | Highly Confidential: Exhibit 9 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Disney-AL1008059-1008060) | "Generalized Intent" document (Dkt. 267 at 12) |
| 38 | Confidential: Exhibit 13 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Disney-AL1075130) | "Generalized Intent" document (Dkt. 267 at 12) |
| 39 | Confidential: Exhibit 14 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Disney-AL1017319) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 40 | Confidential: Exhibit 15 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Disney-AL1072397-1072398) | "Generalized Intent" document (Dkt. 267 at 12) |
| 41 | Confidential: Exhibit 16 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Disney-AL1017167-1017170) | "Generalized Intent" document (Dkt. 267 at 12) |
| 44 | Confidential: Exhibit 19 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Disney-AL1072693) | "Generalized Intent" document (Dkt. 267 at 12) |
| 45 | Confidential: Exhibit 23 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Disney-AL1072896) | "Generalized Intent" document (Dkt. 267 at 12) |
| 46 | Highly Confidential: Exhibit 24 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Disney-AL1039825) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 49 | Highly Confidential: Exhibit 27 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Disney-AL1008221-1008223) | "Generalized Intent" document (Dkt. 267 at 12) |
| 51 | Exhibit 4 to Deposition of Justin Michelena Confidential: Email dated 10/1/2013 b/t Bethany Baker, Gail Glader and Justin Michelena (Disney-AL1072974-1072980) | "Generalized Intent" document (Dkt. 267 at 12) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 52 | Exhibit 3 to Deposition of Justin Michelena Confidential: Email dated 10/2/2013 b/t Kyle Smith and Justin Michelena (Disney-AL1072950) | "Generalized Intent" document (Dkt. 267 at 12) |
| 53 | Exhibit 5 to Deposition of Justin Michelena Confidential: Email dated 10/5/2013 b/t Harry Walker and Justin Michelena (Disney-AL1072952) | "Generalized Intent" document (Dkt. 267 at 12) |
| 54 | Exhibit 6 to Deposition of Justin Michelena Confidential: Email dated 12/7/2013 b/t Tracy Workman and Justin Michelena (Disney-AL1072581-1072582) | "Generalized Intent" document (Dkt. 267 at 12) |
| 55 | Exhibit 11 to Deposition of Justin Michelena Confidential: Email dated 2/15/2014 b/t Tracy Workman and Justin Michelena (Disney-AL1072896) | "Generalized Intent" document (Dkt. 267 at 12) |
| 56 | Exhibit 12 to Deposition of Justin Michelena Confidential: Email dated 3/21/2014 b/t Alexander Moody and Justin Michelena (Disney-AL1071611) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 57 | Confidential: Email dated 8/5/2014 b/t Victoria Rochelle and Justin Michelena (Disney-AL1072545) | "Generalized Intent" document (Dkt. 267 at 12) |
| 58 | Exhibit 7 to Deposition of Justin Michelena Confidential: Email dated 12/22/2013 b/t Bethany Baker, Gail Glader and Justin Michelena (Disney-AL1072604-1072605) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 59 | Exhibit 8 to Deposition of Justin Michelena Confidential: Email dated 12/29/2013 b/t Alexander Moody and Justin Michelena (Disney-AL1071600-1071601) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 60 | Exhibit 9 to Deposition of Justin Michelena Confidential: Email dated 12/30/2013 b/t Bethany Baker and Justin Michelena (Disney-AL1072689-1072695) | "Generalized Intent" document (Dkt. 267 at 12) |
| 61 | Exhibit 10 to Deposition of Justin Michelena Confidential: re DAS FastPass/Re-Ad offering and Project Work (Disney-AL1072397-1072398) | "Generalized Intent" document (Dkt. 267 at 12) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 62 | Exhibit 16 to Deposition of Justin Michelena Confidential: Email dated 2/1/2015 b/t Justin Cox and Justin Michelena (Disney-AL1071109) | "Generalized Intent" document (Dkt. 267 at 12) |
| 63 | Exhibit 11 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Corr dated 2/6/14 from ARCA) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 64 | Exhibit 20 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (DOJ corr dated 5/14/93) | Evidence related to accommodations provided to non-parties by Defendant or other businesses (Dkt. 277 at 2) |
| 65 | Evidence related to accommodations provided to non-parties by Defendant or other businesses (Doc. 277 at 2) | Evidence related to accommodations provided to non-parties by Defendant or other businesses (Dkt. 277 at 2) |
| 66 | Exhibit 22 to Plaintiff's Memorandum of Authorities ISO Motion for Summary Judgment (Settlement Agreement b/t U.S. and Beginning Montessori) | Evidence related to accommodations provided to non-parties by Defendant or other businesses (Dkt. 277 at 2) |
| 67 | Exhibit 13 to Deposition of Justin Michelena Confidential: Email dated 3/23/2014 b/t Daniel Lanini and Justin Michelena (Disney-AL1072905) | "Generalized Intent" document (Dkt. 267 at 12) |
| 80 | Attraction Access Update Strategy Review January 2013 Confidential (Disney-AL1020185-1020197) | "Generalized Intent" document (Dkt. 267 at 12) |
| 87 | Email from Riles 4.29.15 Confidential (Disney-AL1003130-1003132) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 89 | Email from Staggs Confidential (Disney-AL1066112-1066114) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 91 | Email from Armor 9.28.13 Confidential (Disney-AL1017891-1017893) | "Generalized Intent" document (Dkt. 267 at 12) |
| 95 | Guest Correspondence Themes FY15 YTD March – Executive Summary Confidential (Disney-AL1033381-1033385) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 99 | Email from MacPhee 9.25.13 Confidential (Disney-AL1070927) | "Generalized Intent" document (Dkt. 267 at 12) |
| 100 | Email from Ducker 10.24.13 Confidential (Disney-AL1079349-1079350) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 101 | Email from Lutz 10.23.13 Confidential (Disney-AL1079457) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 104 | Email from MacPhee 9.25.13 (Disney-AL1070563-1070564) | "Generalized Intent" document (Dkt. 267 at 12) |
| 108 | Email from Metz 3.3.15 Highly Confidential (Disney-AL1037610-1037613) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 111 | Updates 8.9.13 Confidential (Disney-AL1007269) | "Generalized Intent" document (Dkt. 267 at 12) |
| 115 | Email from Wallace 9.29.13 Confidential (Disney-AL1015546-1015550) | "Generalized Intent" document (Dkt. 267 at 12) |
| 116 | Email from Armor 9.29.13 Confidential (Disney-AL1005854-1005855) | "Generalized Intent" document (Dkt. 267 at 12) |
| 118 | Attraction Access Proposed Options 7.25.12 Confidential (Disney-AL1016056-1016086) | "Generalized Intent" document (Dkt. 267 at 12) |
| 124 | Email from Cockerell 5.18.15 Confidential (Disney-AL1025654-1025657) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 126 | Email from Hale 1.14.14 Confidential (Disney-AL1037673-1037676) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 127 | Email from Ildefonso 11.29.13 (Disney-AL1003231) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 133 | Email from Armor 1.29.13 Confidential (Disney-AL1006055) | "Generalized Intent" document (Dkt. 267 at 12) |
| 141 | Email from Riles 2.26.14 Confidential (Disney-AL1007490-1007491) | "Generalized Intent" document (Dkt. 267 at 12) |
| 175 | Email from Jones 5.18.13 Confidential (Disney-AL1049249-1049253) | "Generalized Intent" document (Dkt. 267 at 12) |
| 178 | Email from Riles 2.20.14 Confidential (Disney-AL1016230-1016233) | "Generalized Intent" document (Dkt. 267 at 12) |
| 179 | Email from Evans 2.20.14 Confidential (Disney-AL1016444-1016445) | "Generalized Intent" document (Dkt. 267 at 12) |
| 180 | Annual Pass Return Proration Process Options 10.3.13 Confidential (Disney-AL1017310-1017318) | "Generalized Intent" document (Dkt. 267 at 12) |
| 181 | Wait times chart Confidential (Disney-AL1017730) | "Generalized Intent" document (Dkt. 267 at 12) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 182 | Email from Armor 9.26.13 Confidential (Disney-AL1017914) | "Generalized Intent" document (Dkt. 267 at 12) |
| 183 | Email from Armor 5.14.13 Confidential (Disney-AL1018001-1018003) | "Generalized Intent" document (Dkt. 267 at 12) |
| 184 | Email from Armor 6.1.12 Confidential (Disney-AL1019859-1019860) | "Generalized Intent" document (Dkt. 267 at 12) |
| 185 | Email from Armor 1.17.15 Confidential (Disney-AL1020934-1020937) | "Generalized Intent" document (Dkt. 267 at 12) |
| 186 | Email from Cardinali 9.16.13 Confidential (Disney-AL1024608) | "Generalized Intent" document (Dkt. 267 at 12) |
| 187 | Email from Hale 1.14.14 Confidential (Disney-AL1037812-1037818) | "Generalized Intent" document (Dkt. 267 at 12) |
| 188 | Email from Krause 4.29.14 Confidential (Disney-AL1066896) | "Generalized Intent" document (Dkt. 267 at 12) |
| 189 | Email from Lutz 10.19.13 Confidential (Disney-AL1079458-1079459) | "Generalized Intent" document (Dkt. 267 at 12) |
| 190 | Email from Theiler 10.2.13 Confidential (Disney-AL1116684-1116685) | "Generalized Intent" document (Dkt. 267 at 12) |
| 191 | Email from Sypko 10.2.13 Confidential (Disney-AL1117947-1117948) | "Generalized Intent" document (Dkt. 267 at 12) |
| 192 | Email from Sypko 10.1.13 Confidential (Disney-AL1118295) | "Generalized Intent" document (Dkt. 267 at 12) |
| 193 | Attraction Access Project Update April 2013 Confidential (Disney-AL1120189-1120221) | "Generalized Intent" document (Dkt. 267 at 12) |
| 194 | Email from Wallace 9.30.13 (Disney-AL1003684-1003698) | "Generalized Intent" document (Dkt. 267 at 12) |
| 195 | Email from Evans 6.28.13 (Disney-AL1006916) | "Generalized Intent" document (Dkt. 267 at 12) |
| 196 | Email from Armor 6.28.13 (Disney-AL1008232) | "Generalized Intent" document (Dkt. 267 at 12) |
| 197 | Email from Armor 10.30.13 (Disney-AL1014608-1014610) | "Generalized Intent" document (Dkt. 267 at 12) |
| 198 | DAS Cast Feedback and Recommendations (Disney-AL1016204-1016206) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 199 | Email from Killian 10.4.13 (Disney-AL1023835-1023836) | "Generalized Intent" document (Dkt. 267 at 12) |
| 200 | Email from Jones 10.9.13 (Disney-AL1119297-1119299) | "Generalized Intent" document (Dkt. 267 at 12) |
| 201 | Email from Lutz 4.29.14 (Disney-AL1015116-1015117) | Email from Lutz 10.19.13 Confidential (Disney-AL1079458-1079459) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 202 | Email from Hogan 2.18.14 Confidential (Disney-AL1040006-1040008) | "Generalized Intent" document (Dkt. 267 at 12) |
| 203 | Email from Armor 10.20.13 Highly Confidential (Disney-AL1017783-1017785) | "Generalized Intent" document (Dkt. 267 at 12) |
| 204 | Email from Hart 5.27.14 Confidential (Disney-AL1015065-1015075) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 206 | Email from Riggs 5.3.15 Highly Confidential (Disney-AL1075159-1075163) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 207 | Email from Zappitello 1.30.14 (Disney-AL1020204-1020207) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 208 | Email from Gossett 2.23.15 Highly Confidential (Disney-AL1066216-1066219) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 213 | Email from Jones 11.12.13 Highly Confidential (Disney-AL1023974) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 214 | Email from Havey 9.24.13 Confidential (Disney-AL1072332-1072333) | "Generalized Intent" document (Dkt. 267 at 12) |
| 293 | Email from Hale 10.9.13 (Disney-AL1025794-1025797) | "Generalized Intent" document (Dkt. 267 at 12) |
| 294 | Email from Homes 9.22.13 (Disney-AL1015665-1015670) | "Generalized Intent" document (Dkt. 267 at 12) |
| 298 | Email from Britton 9.25.13 Confidential (Disney-AL1003568-1003569) | "Generalized Intent" document (Dkt. 267 at 12) |
| 306 | Email from Hale 2.11.14 Confidential (Disney-AL1038605-1038606) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 308 | Email from Jones 10.22.13 Confidential (Disney-AL1038923-1038924) | "Generalized Intent" document (Dkt. 267 at 12) |
| 311 | Email from Armor 12.11.13 Confidential (Disney-AL1116638) | "Generalized Intent" document (Dkt. 267 at 12) |
| 318 | Email from Zacarias 7.25.12 Confidential (Disney-AL1016053-1016055) | "Generalized Intent" document (Dkt. 267 at 12) |
| 319 | Email from Jones 9.19.13 Highly Confidential (Disney-AL1119395-1119398) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 320 | Email from Riggs 11.13.14 Highly Confidential (Disney-AL1079523-1079524) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 324 | Instant Message from hook 3.9.15 Confidential (Disney-AL1072240) | "Generalized Intent" document (Dkt. 267 at 12) |
| 329 | Email from D'Amaro 2.25.14 Confidential (Disney-AL1027277-1027278) | "Generalized Intent" document (Dkt. 267 at 12) |
| 331 | Email from Appleton 6.12.13 Confidential (Disney-AL1015758-1015763) | "Generalized Intent" document (Dkt. 267 at 12) |
| 332 | Email from Appleton 2.11.14 Confidential (Disney-AL1048377-1048378) | "Generalized Intent" document (Dkt. 267 at 12) |
| 334 | Email from Appleton 6.12.13 Confidential (Disney-AL1019090) | "Generalized Intent" document (Dkt. 267 at 12) |
| 335 | Email from Appleton 5.30.13 Confidential (Disney-AL1043859-1043864) | "Generalized Intent" document (Dkt. 267 at 12) |
| 337 | Email from Ducker 3.18.14 Confidential (Disney-AL1028475-1028477) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 338 | Chart of return times issued and redeemed 5.4.15 Confidential (Disney-AL1011485-1011487) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 339 | DAS Enrollments and Enrollee Guest Population Confidential (Disney-AL1011675-1011683) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 340 | DAS Return Times Issued and Redeemed by Hour 5.20.15-5.26.15 Confidential (Disney-AL1010087-1010228) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 341 | DAS Monthly Recap March 2014 Confidential (Disney-AL1014413) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 343 | DAS Card Executive Summary November 2013 Confidential (Disney-AL1014477-1014482) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 344 | Email from Bowerson 6.25.13 Confidential (Disney-AL1017222-1017231) | "Generalized Intent" document (Dkt. 267 at 12) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 346 | DAS Monthly Recap January 2014 Confidential (Disney-AL1033919) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 349 | WDW Monthly GAC Distribution April 2012-March 2013 Confidential (Disney-AL1035368-1035375) | "Generalized Intent" document (Dkt. 267 at 12) |
| 355 | 2014 DLR Test DAS Analysis Date Sheet and Summary Confidential (Disney-AL1043938-1043940) | "Generalized Intent" document (Dkt. 267 at 12) |
| 356 | Return Times Issued and Redeemed 5.14.15 Confidential (Disney-AL1070807-1070808) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 357 | Email from Ducker 10.24.13 Confidential (Disney-AL1079349-1079350) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 360 | Email from Riles 2.27.14 (Disney-AL1007495-1007496) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 361 | Email – DAS Enrollment Report (Disney-AL1009062-1009075) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 363 | Email – DAS January Recap 2.14.14 Highly Confidential (Disney-AL1028523-1028525) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 364 | DAS Monthly Recap March 2014 Highly Confidential (Disney-AL1015105) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 367 | Email from Hale 1.9.14 Highly Confidential (Disney-AL0005130-0005132) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 368 | DAS January Recap 2.15.14 Highly Confidential (Disney-AL1016225-1016227) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 369 | DAS Report: Guest Relations 6.7.14 Highly Confidential Disney-AL1017518-1017582) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 370 | Email – DAS Weekly Summary – Week Ending 11.9.13 Highly Confidential (Disney-AL1020445-1020467) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 371 | Email – DAS Numbers 5.5.15 Highly Confidential (Disney-AL1022628-1022633) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 372 | Email – DAS Numbers 5.7.15 Highly Confidential (Disney-AL1022712-1022714) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 373 | Email – DAS Enrollments Report 5.28.15 Highly Confidential (Disney-AL1022774-1022783) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 374 | DAS Report: Guest Relations 11.29.13 Highly Confidential (Disney-AL1023978-1024042) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 375 | Email – DAS Weekly Summary – Week Ending 11/16/13 Highly Confidential (Disney-AL1024726-1024727) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 376 | Email – DAS Weekly Summary Report – Week Ending 12/14/13 Highly Confidential (Disney-AL1025767-1025768) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 377 | WDW & DLR Attraction Wait Time Summary Confidential (Disney-AL1016065-1016066) | "Generalized Intent" document (Dkt. 267 at 12) |
| 382 | Email from Hale 5.17.13 Confidential (Disney-AL1015954-1015955) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 385 | Email from Jones 5.15.13 Confidential (Disney-AL1003954) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 386 | Email from Gossett 7.6.13 Confidential (Disney-AL1005114-1005115) | "Generalized Intent" document (Dkt. 267 at 12) |
| 387 | Email from Appleton 7.4.13 Confidential (Disney-AL1044498-1044500) | "Generalized Intent" document (Dkt. 267 at 12) |
| 388 | Email from Armor 9.4.13 Confidential (Disney-AL1014664-1014666) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 392 | Email from Jones 11.26.13 Confidential (Disney-AL1024085-1024086) | "Generalized Intent" document (Dkt. 267 at 12) |
| 393 | Email from Jones 9.19.13 Confidential (Disney-AL1024116-1024117) | "Generalized Intent" document (Dkt. 267 at 12) |
| 394 | Email from Jones 6.15.13 Confidential (Disney-AL1024118-1024121) | "Generalized Intent" document (Dkt. 267 at 12) |
| 396 | Email from Hale 6.15.13 Confidential (Disney-AL1024573-1024576) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 397 | Email from Minnick 11.26.13 Confidential (Disney-AL1024722-1024723) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 398 | Email from Santelli 7.6.13 Confidential (Disney-AL1034636-1034637) | "Generalized Intent" document (Dkt. 267 at 12) |
| 399 | Email from Jones 3.27.12 Confidential (Disney-AL1034721-1034722) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 400 | Email from Blitch 2.27.14 Confidential (Disney-AL1038088-1038092) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 405 | Email from Hale 9.28.13 Confidential (Disney-AL1038978-1038980) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 406 | Email from Jones 1.9.14 Confidential (Disney-AL1039047) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 407 | Email from Minnick 5.5.13 Confidential (Disney-AL1044361) | "Generalized Intent" document (Dkt. 267 at 12) |
| 408 | Email from Jones 1.19.14 Confidential (Disney-AL1057945) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 409 | Email from Hale 1.21.14 Confidential (Disney-AL1062466-1062468) | "Generalized Intent" document (Dkt. 267 at 12) |
| 410 | Email from Havey 11.6.13 (Disney-AL0000470) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 411 | Email from Hale 3.17.13 (Disney-AL1005179-1005181) | "Generalized Intent" document (Dkt. 267 at 12) |
| 412 | Email from Jones 7.23.13 (Disney-AL1006860-1006861) | "Generalized Intent" document (Dkt. 267 at 12) |
| 413 | Email from Jones 7.11.13 (Disney-AL1023824-1023825) | "Generalized Intent" document (Dkt. 267 at 12) |
| 415 | Email from Pelletier 9.28.13 (Disney-AL1024516-1024517) | "Generalized Intent" document (Dkt. 267 at 12) |
| 419 | Email from Ackerman 11.19.13 (Disney-AL1044162-1044165) | "Generalized Intent" document (Dkt. 267 at 12) |
| 420 | Email from Jones 10.2.13 (Disney-AL1044478-1044483) | "Generalized Intent" document (Dkt. 267 at 12) |
| 422 | Email from Jones 9.25.13 Highly Confidential (Disney-AL1015588-1015591) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 423 | Email from Jones 11.5.13 Highly Confidential (Disney-AL1008394-1008406) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 425 | Email from Jones 6.17.13 Highly Confidential (Disney-AL1024321) | "Generalized Intent" document (Dkt. 267 at 12) |
| 428 | Email from Armor 11.6.13 Highly Confidential (Disney-AL1020525-1020539) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 429 | Email from Jones 11.12.13 Highly Confidential (Disney-AL1023974) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 430 | Email from Hale 6.15.13 Highly Confidential (Disney-AL1024323-1024326) | "Generalized Intent" document (Dkt. 267 at 12) |
| 431 | Email from Jones 7.4.13 Highly Confidential (Disney-AL1024851-1024852) | "Generalized Intent" document (Dkt. 267 at 12) |
| 432 | Communication from Todd Highly Confidential (Disney-AL1024853) | "Generalized Intent" document (Dkt. 267 at 12) |
| 433 | Email from Hale 7.4.13 Highly Confidential (Disney-AL1038179-1038180) | "Generalized Intent" document (Dkt. 267 at 12) |
| 434 | Email from Jones 5.13.14 Highly Confidential (Disney-AL1038216-1038217) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 435 | Email from Cardinali 2.20.14 Highly Confidential (Disney-AL1038285-1038287) | "Generalized Intent" document (Dkt. 267 at 12) |
| 436 | Email from Lowery 2.11.14 Highly Confidential (Disney-AL1039818-1039826) | Evidence of individuals other than plaintiff A.L.'s (and his family's) use of DAS (Dkt. 267 at 9) |
| 440 | Park Operations Line of Business Point of View & Questions Confidential (Disney-AL1052576-1052577) | "Generalized Intent" document (Dkt. 267 at 12) |
| 441 | Exhibit 1 to Deposition of Ketan Sardeshmukh - Disability Access Service – DLR and WDW Storage Details as of 3/11/2015 (Disney-AL1001958-1001960) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 442 | Exhibit 2 to Deposition of Ketan Sardeshmukh – Emails re Toy Story/FP queue line detail 3.28.13-4.5.13 (Disney-AL1015946-1031363) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 443 | Exhibit 3 to Deposition of Ketan Sardeshmukh - Email – Toy Story FP Recap for 10/20 (Disney – AL1031363-1031368 | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 444 | Exhibit 4 to Deposition of Ketan Sardeshmukh - Email – FP+ Inventory Changes (Disney-AL1118245-1118247) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 445 | Exhibit 5 to Deposition of Ketan Sardeshmukh - Email – TSM is out of FP @916 (Disney-AL1031391-1031394 | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 446 | Exhibit 6 to Deposition of Ketan Sardeshmukh - Email from Tim Sypko 10.17.13 (Disney-AL 1070579) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 447 | Exhibit 7 to Deposition of Ketan Sardeshmukh - Email from Tim Sypko 10.21.13 (Disney-AL1118481-1118483) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 448 | Exhibit 8 to Deposition of Ketan Sardeshmukh - Email – Soarin' FP+ Recap (Disney AL-1118265-1118269) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 449 | Exhibit 9 to Deposition of Ketan Sardeshmukh - Email – PFTH FP Dial Down Request (Disney AL-1070141-1070145) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 450 | Exhibit 10 to Deposition of Ketan Sardeshmukh - Email – Q1 GAC trends (DLR) (Disney AL-1008048-1008049) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 451 | Exhibit 1 to Deposition of Patricia Wilson - Email – DAS Information (Disney AL-1014217-1014219) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 452 | Exhibit 2 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.20.15 (Disney AL-1000958-1001110) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 453 | Exhibit 3 to Deposition of Patricia Wilson - Email from Experience Intelligence Team – DAS Enrollments report 5.24.15 (Disney AL-1001920-1001929) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 454 | Exhibit 4 to Deposition of Patricia Wilson - Email from Experience Intelligence Team – DAS Enrollments | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| | report 5.25.15 (Disney AL-1001910-1001919) | |
| 455 | Exhibit 5 to Deposition of Patricia Wilson - Email – DAS Reports (Disney AL-1014192-1014195) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 456 | Exhibit 6 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.27.15 (Disney AL-1009989-1009990) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 457 | Exhibit 7 to Deposition of Patricia Wilson - Email from Patricia Wilson 4.30.15 – DAS Stats for 4/30 (Disney AL-1014136-1014139) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 458 | Exhibit 8 to Deposition of Patricia Wilson - Email from Patricia Williams 5.1.15 – DAS Numbers (Disney AL-1012723-1012742) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 459 | Exhibit 9 to Deposition of Patricia Wilson - Email from Patricia Wilson 5.2.15 – DAS Numbers (Disney AL-1012821-1012833) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 460 | Exhibit 10 to Deposition of Patricia Wilson - Email from Patricia Wilson 5.3.15 – DAS Numbers (Disney AL-1001421-1001432) Case 6:14-cv-01544-ACC-GJK Document 274-1 Filed 11/26/19 Page 73 of 143 PageID 6185 | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 461 | Exhibit 13 to Deposition of Patricia Wilson - Email from Patricia Wilson 5.4.15 – DAS Numbers (Disney AL-1012770-1012777) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 462 | Exhibit 14 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.5.14 – DAS Numbers (Disney AL-1012783-1012787) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 463 | Exhibit 15 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.6.15 – DAS | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| | Numbers (Disney AL-1001257-1001262) | |
| 464 | Exhibit 16 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.8.15 – DAS Numbers (Disney AL-1000157-1000160) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 465 | Exhibit 17 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.8.15 – DAS Numbers (Disney AL-1012492-1012494) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 466 | Exhibit 18 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.9.15 – DAS Numbers (Disney AL-1012499-1012504) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 467 | Exhibit 19 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.8.15 – DAS Numbers (Disney AL-1012492-1012494) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 468 | Exhibit 20 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.10.15 – DAS Numbers (Disney AL-1002320-1002324) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 469 | Exhibit 21 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.11.15 – DAS Numbers (Disney AL-1000745-1000747) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 470 | Exhibit 22 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.12.15 – DAS | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| | Numbers (Disney AL-1014154-1014159) | |
| 471 | Exhibit 23 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.13.15 – DAS Numbers (Disney AL-1002346-1002351) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 472 | Exhibit 24 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.14.15 – DAS Numbers (Disney AL-1012710-1012714) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 473 | Exhibit 25 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.15.15 – DAS Numbers (Disney AL-1000780-1000784) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 474 | Exhibit 26 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.16.15 – DAS Numbers (Disney AL-1014177-1014181) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 475 | Exhibit 27 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.17.15 – DAS Numbers (Disney AL-1001124-1001128 | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 476 | Exhibit 28 to Deposition of Patricia Wilson - Email from Manikandanarayanasamy Sankaranarayanan 5.18.15 – DAS Numbers (Disney AL-1014187-1014191) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 477 | Exhibit 29 to Deposition of Patricia Wilson - Email from D'yanna Craighead 4.21.15 – Weekly DAS Status (Disney AL-1012310) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 478 | Exhibit 30 to Deposition of Patricia Wilson - Email 4.29.15 – DAS Go-Live Tomorrow (Disney AL-1010404-1010413) Case 6:14-cv-01544-ACC-GJK Document 274-1 Filed 11/26/19 Page 82 of 143 PageID 6194 | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 479 | DLR/WDW Attractions Leads/coordinators (Disney AL-1006782-1006783) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 480 | Emails re Toy Story wait time mitigation 10.2.13-10.30.13 (Disney AL-1033182-1033184) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 481 | Emails re Tomorrow 10.16.13- 10.17.13 (Disney AL-1118470-1118472) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 482 | Emails re Call Follow up 10.17.13 (Disney AL-1117973) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 483 | Update 10.17.13 (Disney AL-1117961-1117962) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 484 | Emails re Soain' [sic] FP+ Recap 10.21.13 (Disney AL-1118258-1118261) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 485 | Emails re Monthly VTC Park Ops Consistency Meeting Agenda & Presentations 11.12.14 (Disney AL-1030915-1030920) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 486 | Emails re Attraction Access 6.8.12 (Disney AL1023706-1023731) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 487 | Email re GAC Issue Summary – 2/28 to 3/14, 3.14.12 (Disney AL-1008300-1008301) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 488 | Emails re IE Study: Guest Relations Transaction Times and Wait Times (in prep for DAS) 9.30.13-10.2.13 (Disney AL-1005092-1005102) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 489 | Email re GAC Guests w/Aps Analysis 6.5.13 (Disney AL-10158401015842 | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 490 | Emails re GAC Guests w/APs Analysis 6.5.13-6.7.13 (DisneyAL1002866-Disney-AL1002867) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 491 | Emails re Q1 GAC trends (DLR) 4.9.13-4.10.13 (Disney AL-1018052-1018055) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 492 | Email and Powerpoint re WDW & DLR GAC Distribution and Usage 4.12.13 (Disney AL-1007016-1007043) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 493 | Emails re TSMM GAC Summary: 12/18/11-1/1/112 [sic]4.8.13- 4.17.13 (Disney AL-1018056-1018059) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 494 | Email from Armor to Moharil re DAS apps (Disney AL-1000108) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 495 | E-mails between Mark Jones and Joan Manangu (Disney AL-1000161) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 496 | Email from Jacobsen to Wahler, Armor re input needed: DAS communication 5.8.15 (Disney AL-1000164) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 497 | Email from Armor to Zappitello re DAS functioning during Star Wars Weekend Events 5.16.15 (Disney AL-1000183) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 498 | Email from Armor to Lopa and Lopa to Armor re DAS Downtime concern 5.21.15 (Disney AL-1000188) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 499 | Emails from Armor to Moharil and Moharil to Armor re DAS Downtime concern 5.26.15 (Disney AL-1000195) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 500 | Emails from Armor to Pacula and Pacula to Armor re DAS Downtime concern 5.22.16 (Disney AL-1000206) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 501 | Email from Doyle to Armor re DAS article about lawsuit in Orlando Sentinel 3.10.15 (Disney AL-1000245) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 502 | Emails from Armor to Pacula & Bond to Armor and Todd re DAS MDX App Rollout- Delay & Mitigation 3.13.15 (Disney AL-1000368) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 503 | Emails from Hart to Sircable re Example Letter re DAS process not handled well at GR 3.18.15 (Disney AL-1000387) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 504 | Email from Zappitello re Tracking FP's 3.25.15 (Disney AL-1000400) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 505 | Emails from Leatherbee to Gossett re Guest Melody Royal and adding FP's to MDX account 3.25.15 (Disney AL-1000406) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 506 | Emails from Smith to Armor, Gossettm Evans, Todd re DAS Contingency Option 4.20.15 (Disney AL-1000516) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 507 | Emails from Smith to Armor re Request for Letters re DAS service denied 4.28.15 (Disney AL-1000621) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 508 | Emails from Smith to Rumsey & Armor re DLR messages for refused assistance 4.28.15 (Disney AL-1000627) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 509 | Email from Gossett to Armor re Accepting DAS where they should be re Star Wars Weekend Events 5.16.15 (Disney AL-1000793) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 510 | Email from Lopa to Armor DAS Downtime concern and leveraging FP recovery for DAS 5.20.15 (Disney AL-1001111) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 511 | Email from Lopa to Evans re DAS Downtime concern and FP Recovery 5.20.15 (Disney AL-1001116) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 512 | Williams to Kalla re Guest relations experience 5.01.15 (Disney AL-1001159) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 513 | Email from Ziegenfus, Crystal to Various Employees re Guest Relations Coordinators Daily Report- Long line in Guest Relations 5.4.15 (Disney AL-1001200) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 514 | Email from Lopa to Smith re DAS Downtime concern and FP+ recovery for DAS 5.5.15 (Disney AL-1001245) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 515 | Email from Gossett to Various Employees re FP entitlement and Sunshine Foundation MK visit 5.5.15 (Disney AL-1001439) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 516 | Email from White to Kline re MK Guest Relations Coordinators Daily Report- Guest recovery for challenging situation 5.19.15 (Disney AL-1001458) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 517 | Email from Armor to Jacobson & Wahler re Input needed: DAS Communication 5.8.15 (Disney AL-1001873) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 518 | Email from St. Pierre to Armor re DAS return time and Guest Recovery FP+ 3.10.15 (Disney AL-1001949) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 519 | Email from Sircable re Example letter re DAS process not handled well at Gr 3.18.15 (duplicate re Disney AL-1000387) (Disney-AL1001979) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 520 | Email from Evans to Stevens re Comparison of DAS to FP+ 4.22.15 (Disney AL-1002107) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 521 | Email from Armor to Badin re Legal approved Guest letters re DAS 4.28.15 (Disney AL-1002165) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 522 | Email from Bond re Various Employees re DAS Go-Live Tomorrow 4.29.15 (Disney AL-1002175) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 523 | Email from Rumsey to Armor re DLR message for refused assistance 4.28.15 (Disney AL-1002238) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 524 | Email from Lopa to Armor , Evans & Gossett re Leveraging FP+ Recovery for DAS Guests 5.20.15 (Disney AL-1002366) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 525 | Email from Risher to Various employees re DAS reports 5.21.15 (Disney AL-1002372) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 526 | Email from Lopa to Smith re DAS Downtime Concern 5.05.15 (Disney AL-1002448) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 527 | Email from Risher to Various employees re DAS reports 5.21.15 (Disney AL-1002372) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 528 | Email from Armor to Ducker re DAS card Executive Summary 11.26.13 (Disney AL-1002574) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 529 | Email from Wheeler to Armor re DAS refunds 11.27.12 (Disney AL-1002584) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 530 | Chart of DAS refunds (Disney AL-1002585) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 531 | DAS volume trending (Disney AL-1002587) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 532 | DAS Weekly Recap Chart re Nov.24-Nov.30, 2013 (Disney AL-1002601) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 533 | Email from Ducker to Various employees re DAS weekly Summary 12.6.13 (Disney AL-1002602) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 534 | Email from Armor to Various employees re Fastpass Re-ads 11.19.13 (Disney AL-1002613) Case 6:14-cv-01544-ACC-GJK Document 274-1 Filed 11/26/19 Page 110 of 143 PageID 6222 | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 535 | Email from Hart to Wallace re Steady volume of post visit mail 11.19.13 (Disney AL-1002628) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 536 | Email from Armor to Britton and Jones to Various employees re Proposed DAS survey 10.24.13 (Disney AL-1002695) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 537 | Emails from Armor to Evans re DAS work session 10.30.13 (Disney AL-1002700) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 538 | Email from Armor to Wahler re DAS transition 8.23.13 (Disney AL-1002728) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 539 | Email from Armor to Britton re Updating DAS presentation removing alternative exceptions process 8.28.13 (Disney AL-1002736) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 540 | Email from Jones to Killian re ASA conversation & concerns about persons with severe Autism 9.25.13 (Disney AL-1002788) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 541 | Autism Society Press Release 9.24.13 (Disney AL-1002796) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 542 | Email from Britton to Armor re Cedar Fair Program resembling FP+ and Appleton to Armor and Prihoda re Cedar Fair program 6.12.13 (Disney AL-1002845) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 543 | Email from Armor to Smith re GC Resolution and Smith to Armor and Todd re GAC suggestion 4.24.13-4.25.13 (Disney AL-1002907) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 544 | Email from Armor to Sypko re GAC numbers, Sypko to Armor re decision matrix improving distribution consistency and Lehrer to Kuntz, | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| | McMichael and Wlp re tons of GAC's 11.23.12-11.24.12 (Disney AL-1002928) | |
| 545 | Email from Armor to Smith re Upcoming Standards Review 3.21.13 (Disney AL-1002930) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 546 | Email from Hart to Colglazier re FP+ and re-ads for DAS guest 7.23.14 (Disney AL-1002982) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 547 | Email from Smith to Manangu, Hart & Armor re DAS guest needing other accommodations 7.20.14 (Disney-AL-1003036) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 548 | Email from Colglazier to Hart re DAS guest and re-ads 5.13.14 (Disney AL-1003110) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 549 | Emails from Armor 4.28.14 (Disney AL-1003137) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 550 | Email from Manangu to Kalogrisi re Guest letter from disappointed guest re DAS program 1.9.14 (Disney AL-1003215) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 551 | Letter to Iger from Hernandez re Das program disappointment 12.27.13 (Disney AL-1003216) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 552 | Email from Cockerell to White re VIP guest Naggar and DAS issue & White to Cockerell 12.20.13 (Disney AL-1003226) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 553 | Email from disappointed DAS guest White 12.19.13 (Disney AL-1003235) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 554 | Email from Manangu to Crofton, Kalogridis re guest letter re DAS process 12.19.13 (Disney AL-1003243) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 555 | Letter from Fuentes re upset with Das process 12.19.13 (Disney AL-1003244) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 556 | Email from Lutz to Cockerell, White & Wallace re VIP guest with DAS issue 12.18.13 (Disney AL-1003246) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 557 | Email from Manangu to Sweetman & Krug re Solution proposal 12.3.13; Manangu to Sweetman and Krug re | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
|  | Solution Proposal 11.26.13 (Disney AL-1003254) |  |
| 558 | Email from Armor to Smith re DAS follow up and Smith to Armor re offering FP's to DAS guests 11.11.13 (Disney AL-1003272) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 559 | Email from Brown to Armor re news report; Armor to Wahler re Trends in the media and Jones to Hales, Minnick, Cardinali, Hogan, Appleton, Armor, Killian, Hart, smith, Bolton, Gidusko re Newsweek article not flattering toward DAS 11.19.13-11.20.13 (Disney AL-1003291) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 560 | Email from Jones to Manangu, Iddings, Havey, Armor re unhappy DAS guest and request for FP's 11.08.13 (Disney AL-1003302) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 561 | Email from Havey to Armor re DAS weekly summary & refunds given 11.14.13 (Disney AL-1003309) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 562 | Email from Jones to Armor re telephone conference and Minnick to Wahler, Armor, Jones, Lee re people to include on call 11.06.13 (Disney AL-1003311) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 563 | Communications 11.01.13 & Ducker to Holbrook, Smith, Wahler, Prihoda, Jacobsen re DAS communication 11.01.13 (Disney AL-1003348) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 564 | Email from Smith to Armor re FL Call Center DAS Compensation 10.24.13 (Disney AL-1003381) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 565 | Email from Britton to MacPhee, Holmes, Storbek re DAS exceptions 10.10.13 (Disney AL-1003389) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 566 | Email from Palencia to Gossett, Badin, Holmberg, Christensen, Thorsen re DAS Related Refunds 10.15.13 (Disney AL-1003405) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 567 | Email from Palencia to Gossett, Badin, Holmberg, Christensen, Thorsen re DAS Related Refunds 10.15.13 (Disney AL-1003405) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 568 | Email from Britton to Armor re GAC Replacement updated and Armor to Britton re DAS formal exceptions 9.04.13 (Disney AL-1003565) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 569 | Email from Wallace to Armor & Armor to Wallace re DAS and tracking 9.29.13 (Disney AL- 1003607) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 570 | Email from Wallace to Britton re Tracking and DAS 9.29.13 (Disney AL-1003615) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 571 | Email from Wallace to Britton re DAS tracking 9.29.13 (Disney AL-1003618) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 572 | Email from Evans to Armor, Severs, Pennell, Zappitello re DAS recovery and guests need for re-ads 10.02.13 (Disney AL-1003671) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 573 | DAS Message (Disney-AL1003685) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 574 | Email from Armor to Various employees re DAS DLR Inaccessible Queue Process 9.16.13 (Disney AL-1003714) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 575 | Email from Dekker to Gossett & Sweetman re Guest Relations Report for 10.13.13 on 9.16.13 (Disney AL-1003716) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 576 | Email from DLR Guest Comm. To #DLR Operations Concierge and FW to Evans & Armor from Gossett re GC Resolution with Autistic guest 6.06.13 (Disney AL-1003851) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 577 | Email from Minnick to Jones re Follow up Meeting with Autism Speaks 7.07.13 & Jones to Prihoda, Wahler & Hale re same (Disney AL-1003860) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 578 | Email from Evans to Somsky re DAS Card Feedback from Ops and Legal 8.09.13 (Disney-AL1003868) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 579 | Email from Evans to Various employees re DAS Attraction Queues 6.19.13 (Disney-AL1003870) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 580 | Chart re Queue types for Disneyland Park (Disney AL-1003872) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 581 | Email from Britton to Wahler re Disabled Group Influencer List 5.17.13 & Appleton to Hale, Wahler re same (Disney AL-1003891) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 582 | Email from Duncan to Wahler re GAC issuance duration & AP's 6.04.13 (Disney AL-1003895) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 583 | Various employees re Disappointed DVC member 5.15.13 (Disney AL-1003923) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 584 | Email from Zappitello to Armor re Communication points 5.15.13 (Disney AL-1003936) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 585 | Emails from Hale to Britton re Proposed Slide for Brian's deck and Britton to Hale re same 5.17.13 (Disney AL-1003978) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 586 | Email from Sardeshmukh to Evans re transaction times and GAC 4.02.13 (Disney AL-1003985) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 587 | Guest Relations Current State Assessment FY11 (Disney AL-1003987) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 588 | Emails from Evans to Jones and Jones to Evans re threads about GAC's 4.30.13 (Disney AL-1003996) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 589 | Email from Evans to Gossett & Armor re GAC greenlight pass; Gossett to Evans & Armor re GAC's increasing and Atkins to Gossett re Comparison of GAC's 1.03.13 (Disney AL-1004009) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 590 | Email from Crofton to Kalogridis, Colglazier, Wallace & Hart re Requested DAS feedback 1.30.14 (Disney AL-1004217) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 591 | Email from Manangu to Iddings & Havey re Negative Cast Interactions 2.10.14 (Disney-AL1004247) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 592 | Email from Ducker to Riles re DAS holders receiving re-ads 3.12.14 (Disney AL-1004291) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |

| Exhibit # | Plaintiff's Description of Exhibit | Citation to Court's Order on Disney's Amended Motion *in Limine* (Dkt. 267) or Order To Show Cause (Dkt. 277) |
|---|---|---|
| 593 | Letter to Joan Martin re DAS experience 1.20.14 (Disney AL-1004376) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 594 | Email from Ducker to Riles & Evans re DAS total cases of re-ads 2.20.14 (Disney AL-1004391) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 595 | Email from Riles to Evans re DAS audit 2.20.14 (Disney AL-1004410) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 596 | Email from Riles to Evans re DAS meeting 3.13.14 (Disney AL-1004425) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 597 | Email from Armor to Jones re GAC revisions and ECV efforts 4.19.12 (Disney AL-1004439) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |
| 598 | Email from Havey to McGinn re GAC letters 4.10.13 (Disney AL-1004710) | Improperly added to plaintiff's exhibit list (Dkt. 277 at 2-3) |