

# PRELIMINARY EXHIBIT LIST

___ Government   ___ Plaintiff   _X_ Defendant   ___ Court

Case No.  6:14-cv-01544-ACC-GJK
Style     A.L. by and through D.L., etc. et al v.
          Walt Disney Parks and Resorts US, Inc.

## AMENDED EXHIBIT B

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | D.L. | Admitted | AL medical records from 1992-2009 (AL,DL000195 to AL,DL000222) |
| 2. | | | D.L. | Admitted | Occupational Evaluation (AL,DL000224 to AL,DL000231) |
| 3. | | | D.L. | Admitted | Orange County Public Schools Speech-Language Assessment Report (AL,DL000233 to AL,DL000235) |
| 4. | | | D.L. | Admitted | Orange County Public Schools IEP; Behavior Improvement Plan(AL,DL000237 to AL,DL000264) |
| 5. | | | D.L. | Admitted | Orange County Public Schools IEP (AL,DL000240 to AL,DL000253) |
| 6. | | | D.L. | Admitted | AL medical records from 1992-2009 (AL,DL000265 to AL,DL000322) |
| 7. | | | D.L. | Admitted | DCF Developmental Disabilities Program Support Plan (AL,DL000324 to AL,DL000328) |
| 8. | | | D.L. | Admitted | Developmental Disabilities Support Plans (AL,DL000324 to AL,DL000382) |

1

DEFENDANT'S EXHIBIT LIST
Case No.    6:14-cv-01544-ACC-GJK
Style       A.L. by and through D.L., etc. et al v.
            Walt Disney Parks and Resorts US, Inc.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 9. | | | D.L. | Admitted | Annual Review of Services Report (AL,DL000329 to AL,DL000343) |
| 10. | FEB 18 2020 | FEB 18 2020 | D.L. | Admitted | Behavioral Support Services Annual Review (AL,DL000353 to AL,DL000364) |
| 11. | | | D.L. | Admitted | Annual Review of Services Report (AL,DL000365 to AL,DL000374) |
| 12. | | | A. Armor, S. Riggs, G. Hale, or D. Hart | Hearsay | Today Show article: "Undercover at Disney: 'Deplorable' Scheme to Skip Lines" (AL,DL001701 to AL,DL001703) |
| 13. | FEB 20 2020 | | D.L. Dr. Kelderman | Admitted | Behavior Improvement Plan (8/7/2005, updated 4/23/10) (AL,DL003009 to AL,DL003016) |
| 14. | | | D.L. | Admitted | Letter from Cydney Yerushalmi, Ed. D., BCBA-D, Psychologist re: battery (AL,DL003020 to AL,DL003021) |
| 15. | | | D.L. | Admitted | Florida Dep't of Education - Request for Due Process Hearing (AL,DL003022 to AL,DL003032) |
| 16. | FEB 19 2020 | FEB 19 2020 | A. Armor or D. Hart | Admitted | Letter from Meg Crofton (Disney-AL0000001) |
| 17. | FEB 19 2020 | FEB 19 2020 | A. Armor or D. Hart | Admitted | Disney Parks DAS Fact Sheet (Disney-AL0000002 to Disney-AL0000006) |

DEFENDANT'S EXHIBIT LIST
Case No.      6:14-cv-01544-ACC-GJK
Style         A.L. by and through D.L., etc. et al v.
              Walt Disney Parks and Resorts US, Inc.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 18. | | | D.L., A. Armor, or D. Hart | Admitted | Email re: "Email from the Walt Disney World Resort" (Disney-AL0000037 to Disney-AL0000037) |
| 19. | | | D.L., A. Armor, or D. Hart | Admitted | Email re: "Email from the Walt Disney World Resort" (Disney-AL0000038) |
| 20. | | | D.L., A. Armor, or D. Hart | Admitted | Email re: "Email from the Walt Disney World Resort" (Disney-AL0000055 to Disney-AL0000055) |
| 21. | | | D.L., A. Armor, or D. Hart | Admitted | D.L. Walt Disney World Reservations (Disney-AL0000056 to Disney-AL0000072) |
| 22. | | | A. Armor or D. Hart | Admitted | Disney Parks DAS Fact Sheet (Disney-AL0000102 to Disney-AL0000103) |
| 23. | | | A. Armor or D. Hart | Admitted | Disney Parks Blog entry re: DAS (Disney-AL0000107 to Disney-AL0000107) |
| 24. | | | A. Armor, D. Hart, or M. Jones | Admitted | Email re D.L. Trip to Disney - July 26th (Disney-AL0000112 to Disney-AL0000113) |
| 25. | | | D.L., A. Armor, or D. Hart | Admitted | Email re: D.L. Trip to Disney - July 26th (Disney-AL0000123 to Disney-AL0000123) |
| 26. | | | D.L., A. Armor, or D. Hart | Admitted | Plaintiffs ticket data(Disney-AL0000144 to Disney-AL0000145) |

DEFENDANT'S EXHIBIT LIST
Case No.      6:14-cv-01544-ACC-GJK
Style         A.L. by and through D.L., etc. et al v.
              Walt Disney Parks and Resorts US, Inc.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 27. | FEB 1 8 2020 | FEB 1 8 2020 | A. Armor or D. Hart | Admitted | WDW Resource Guide for Guests with Cognitive Disabilities (Disney-AL0000164 to Disney-AL0000186) |
| 28. | | | D.L., A. Armor, or D. Hart | Admitted | D.L. ticket and billing data (Disney-AL0000681 to Disney-AL0000698 ) |
| 29. | | | D.L., A. Armor, or D. Hart | Admitted | D.L. Magic File, ticket, reservations and billing data (Disney-AL0000742 to Disney-AL0000776) |
| 30. | | | D.L., A. Armor, M. Jones, or D. Hart | Hearsay | Email re: "Guest Situation" (Disney-AL0000773 to Disney-AL0000774) |
| 31. | | | A. Armor or D. Hart | Admitted | Disney Parks Disability Access Service Card (Disney-AL0004392 to Disney-AL0004393) |
| 32. | | | D.L., A. Armor, or D. Hart | Admitted | D.L. ticket data (Disney-AL0005187 to Disney-AL0005191) |
| 33. | FEB 1 8 2020 | FEB 1 8 2020 | D.L., A. Armor, or D. Hart | Admitted | A.L. ticket data (Disney-AL0005190) |
| 34. | | | A. Armor, D. Hart, S. Riggs, or G. Hale | Hearsay | Email re: GAC (Disney-AL1003908 to Disney-AL1003912) |
| 35. | | | A. Armor, D. Hart, S. Riggs, or G. Hale | Hearsay | Email re: disabled tour guide (Disney-AL1005177 to Disney-AL1005177) |
| 36. | | | A. Armor, D. Hart, S. Riggs, J. D'Amaro, or G. Hale | Admitted | Email re: Guest Assistance Card Program Changes(Disney-AL1005965 to Disney-AL1005966) |

DEFENDANT'S EXHIBIT LIST
Case No.    6:14-cv-01544-ACC-GJK
Style       A.L. by and through D.L., etc. et al v.
            Walt Disney Parks and Resorts US, Inc.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 37. | FEB 1 8 2020 | FEB 1 8 2020 | A. Armor, B. Laval, S. Riggs, or G. Hale | Hearsay Foundation | WDW and DLR Guest Assistance Card (GAC) Distribution and Usage (Disney-AL1007026 to Disne-AL1007036) |
| 38. | FEB 1 8 2020 | FEB 1 8 2020 | A. Armor, D. Hart, S. Riggs, or G. Hale | Hearsay | Email re: GAC ad (Disney-AL1008272 to Disney-AL1008273) |
| 39. | FEB 1 9 2020 | FEB 1 9 2020 | A. Armor, D. Hart, S. Riggs, J. Wigginton, or G. Hale | Admitted | WDW Guest Assistance Card (GAC) Impact - Toy Story Mania Scenario (Disney-AL1010280) |
| 40. | | | A. Armor, B. Laval, S. Riggs, or G. Hale | Hearsay Foundation | WDW and DLR Guest Assistance Card (GAC) Distribution and Usage (Multiple to Multiple) |
| 41. | FEB 1 8 2020 | FEB 1 8 2020 | A. Armor, G. Hale, or T. Rosenfeld | Admitted | Email re: Attraction Access Working Team Membership (Disney-AL1011162 to Disney-AL1011163) |
| 42. | FEB 1 8 2020 | FEB 1 8 2020 | A. Armor, D. Hart, S. Riggs, or G. Hale | Hearsay | Email re: NY Post article (Disney-AL1014859 to Disney-AL1014862) |
| 43. | FEB 1 8 2020 | FEB 1 8 2020 | A. Armor, D. Hart, S. Riggs, or G. Hale | Admitted | Email re: DAK GAC Situation (Disney-AL1014901 to Disne-AL1014904) |
| 44. | FEB 1 8 2020 | FEB 1 8 2020 | A. Armor, D. Hart, S. Riggs, or G. Hale | Hearsay | FoxNews.com article: "Moms pay $1000-a-day to hire disabled members to skip lines at Disney" (Disney-AL1015875 to Disney-AL1015877) |
| 45. | | | A. Armor, M. Jones, or S. Riles | Hearsay | Email re: Possible Mtg w/Autism Speaks Reps re: GAC Mods (Disney-AL1017135 to Disney-AL1017136) |

DEFENDANT'S EXHIBIT LIST
Case No.    6:14-cv-01544-ACC-GJK
Style       A.L. by and through D.L., etc. et al v.
            Walt Disney Parks and Resorts US, Inc.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 46. | | | A. Armor, D. Hart, S. Riggs, or G. Hale | Hearsay | Email re: disabled tour guide (Disney-AL1017248) |
| 47. | FEB 1 8 2020 | FEB 1 8 2020 | A. Armor, D. Hart, S. Riggs, or G. Hale | Hearsay | Email re: "Dee Patrick" and unofficial VIP tour (Disney-AL1018063 to Disney-AL1018064) |
| 48. | | | A. Armor, G. Hale, or M. Jones | Admitted | Email re: draft "Guide to DLR for Guests with Cognitive Disabilities" (Disney-AL1019134 to Disney-AL1019140) |
| 49. | | | A. Armor, G. Hale, or D. Hart | Admitted | Conceptual and Prototypes for Guest Assistance Program - Project Update February 2013 (Disney-AL1019159 to Disne-AL1019167) |
| 50. | FEB 1 8 2020 | FEB 1 8 2020 | A. Armor, D. Hart, S. Riles, G. Hale, S. Riggs, or M. Jones | Admitted | Email re: DAK GAC Situation(Disney-AL1019719 |
| 51. | | | A. Armor, D. Hart, S. Riggs, or G. Hale | Hearsay | Email re: Counterfeit GACs at EC (Disney-AL1037372 to Disney-AL1037373) |
| 52. | | | A. Armor or D. Hart | Admitted | WDW Resource Guide for Guests with Cognitive Disabilities (Disney-AL1038406 to Disney-AL1038428) |
| 53. | | | A. Armor, D. Hart, S. Riggs, M. Jones, or G. Hale | Hearsay Foundation | Email re: Counterfeit GAC card (Disney-AL1040009 to Disney-AL1040011) |

DEFENDANT'S EXHIBIT LIST

Case No.    6:14-cv-01544-ACC-GJK
Style       A.L. by and through D.L., etc. et al v.
            Walt Disney Parks and Resorts US, Inc.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 54. | | | A. Armor, D. Hart, S. Riggs, or G. Hale | Hearsay | NY Post article: "Rich Manhattan moms hire handicapped tour guides so kids can cut lines at Disney World" (Disney-AL1044366 to Disney-AL1044367) |
| 55. | | | A. Armor, D. Hart, S. Riggs, M. Jones, or G. Hale | Hearsay | Email re: Guest Assistance Card for Sale on Craigslist (Disney-AL1049280 to Disney-AL1049281) |
| 56. | | | A. Armor or D. Hart | Admitted | Disney Parks Disability Access Service Card (Disney-AL1053034 to Disney-AL1053038) |
| 57. | | | A. Armor, D. Hart, S. Riggs, M. Jones, or G. Hale | Hearsay | Email re: Disabled Tour Guide (Disney-AL1057805 to Disney-AL1057806) |
| 58. | | | A. Armor, D. Hart, or J. Wigginton | Admitted | WDW & Disneyland Resort Operations: Thanksgiving Week Highlights: 11/23/2014-11/30/2014 (Disney-AL1070717 to Disney-AL1070721) |
| 59. | | | M. Jones, G. Hale, or A. Armor | Hearsay | Email re: outreach to organizations (Disney-AL1119378 to Disney-AL1119382) |
| 60. | FEB 1 8 2020 | FEB 1 8 2020 | D.L. | Admitted | Plaintiffs' Answers to Defendant's First Set of Interrogatories |
| 61. | | | B. Laval | Hearsay | Laval Expert Report |
| 62. | FEB 2 0 2020 | FEB 2 0 2020 | J. Kelderman | Hearsay overruled | Kelderman Expert Report |
| 63. | | | J. Kelderman | Admitted | Kelderman CV |
| 64. | | | B. Siskin | Hearsay | Siskin Expert Report |

**DEFENDANT'S EXHIBIT LIST**

Case No.   6:14-cv-01544-ACC-GJK
Style   A.L. by and through D.L., etc. et al v. Walt Disney Parks and Resorts US, Inc.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 65. | FEB 19 2020 | FEB 20 2020 (by plaintiff) | J. Wigginton | Hearsay | Declaration of James Wigginton |
| 66. | FEB 19 2020 | FEB 19 2020 | B. Laval, A. Armor, J. Wigginton, S. Riggs, or G. Hale | Hearsay | DAS Usage by Month - Laval Expert Report Ex. 1 |
| 67. | FEB 19 2020 | FEB 19 2020 | B. Laval, A. Armor, J. Wigginton, S. Riggs, or G. Hale | Hearsay | MK Peak Period Data - Laval Expert Report Ex. 2 |
| 68. | FEB 19 2020 | FEB 19 2020 | B. Laval, A. Armor, J. Wigginton, S. Riggs, or G. Hale | Hearsay | OpSheet Posted Standby Wait Time Report 12/19/13 - Laval Expert Report Ex. 3 |
| 69. | | | B. Laval, A. Armor, J. Wigginton, S. Riggs, or G. Hale | Hearsay | OpSheet Posted Standby Wait Time Report 7/26/14 - Laval Expert Report Ex. 4 |
| 70. | FEB 19 2020 | FEB 19 2020 | B. Laval, A. Armor, J. Wigginton, S. Riggs, or G. Hale | Hearsay | July 2015 DAS Audit Study - Laval Expert Report Ex. 5 |
| 71. | FEB 19 2020 | FEB 19 2020 | B. Laval, A. Armor, J. Wigginton, S. Riggs, or G. Hale | Hearsay | July 2015 Incremental Analysis - Laval Expert Report Ex. 6 |
| 72. | | | D.L. | Admitted | Collection of patient visit reports from Dr. Ananthi Rathinam in response to subpoena |
| 73. | | | A. Armor or D. Hart | Admitted | WDW Guide for Guests with Cognitive Disabilities v. 6/15 (https://wdpromedia.disney.go.com/media/wdpro-assets/help/guest-services/cognitive-disabilities-services/wdw_cognitive_guide_rev.pdf) |

DEFENDANT'S EXHIBIT LIST
Case No.     6:14-cv-01544-ACC-GJK
Style        A.L. by and through D.L., etc. et al v. Walt Disney Parks and Resorts US, Inc.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 74. | FEB 1 8 2020 | FEB 1 8 2020 | A. Armor, B. Laval, B. Siskin, J. Wigginton, S. Riggs, or G. Hale | Hearsay | Wait Time Report for 12/19/13 (Ex. 29 to Def's MSJ; Ex. 6 to Def's Daubert motion) |
| 75. | | | D.L. | Admitted | Plaintiffs' Responses to Defendant's First Request for Production |
| 76. | | | B. Laval, B. Siskin, S. Riggs, or G. Hale | Foundation | Disney's first set of demonstrative exhibits |
| 77. | | | D.L. | Admitted | Photographs of plaintiffs (AL,DL0000084 to AL,DL0000108) |
| 78. | | | A. Armor, D. Hart, or S. Riggs | Foundation | D.L. Magic File (Disney-AL0005174 to Disney-AL0005181) |
| 79. | | | A. Armor, D. Hart, or S. Riggs | Hearsay | Disability Etiquette Basics (Disney-AL1034287) |
| 80. | | | B. Siskin | Admitted | Siskin CV |
| 81. | | | A. Armor, D. Hart, M. Jones, or G. Hale | Hearsay | Email re: GAC on eBay (Disney-AL0004505 to Disney-AL0004506) |
| 82. | | | | Foundation | Email re FW: Q1 GAC trends (DLR) (Disney-AL1034517 to Disney-AL1034519) |
| 83. | | | | Hearsay | Email re Autism Speaks & DAS Update (Disney-AL1073084) |
| 84. | FEB 1 9 2020 | FEB 1 9 2020 | | | Magic Kingdom Map- all rides |
| 85. | FEB 1 9 2020 | FEB 1 9 2020 | | | Magic Kingdom Map – A.L.'s listed rides |
| 86. | FEB 1 9 2020 | FEB 1 9 2020 | | | Epcot Map |
| | | | | | All documents needed for impeachment or rebuttal |
| 87 | FEB 2 0 2020 | FEB 2 0 2020 | Jill Kelderman | NO | Diagnostic Statistical Manuel DSM-5 |
| 88 | FEB 2 0 2020 | NO | Jill Kelderman | yes-sustained | Article on Autism Family Accommodation May 2014 |
| 89 | FEB 2 0 2020 | FEB 2 0 2020 | | | Facebook posted on 2/19/20 |

9 DM_US 164212342-3.043919.0018

**DEFENDANT'S EXHIBIT LIST**
Case No.    6:14-cv-01544-ACC-GJK
Style       A.L. by and through D.L., etc. et al v.
            Walt Disney Parks and Resorts US, Inc.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | **Any documents appearing on Plaintiffs' Exhibit List, subject to objections** |
| | | | | | **Demonstrative Exhibits** |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objections. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's stamp.