# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**A.L., by and through D.L., as Next Friend, Parent and Natural Guardian,**

       **Plaintiffs,**

v.                                              Case No:   6:14-cv-1544-Orl-22GJK

**WALT DISNEY PARKS AND RESORTS US, INC.,**

       **Defendant.**

---

## ORDER

This cause comes before the Court following a bench trial held on February 18-20, 2020 before the Honorable Anne C. Conway, United States District Judge.  At the conclusion of the trial the Court became aware that none of the Plaintiff's trial exhibits (See Exhibit List at Doc. No. 329) have been redacted and several contain personal information of the Plaintiff which include full names, date of birth, social security numbers, as well as medical history.  It is the Clerk's Office policy to upload exhibits to the public docket.   It is therefore

**ORDERED** that on or before March 16, 2020, the Plaintiff shall either (1) provide the assigned Courtroom Deputy Clerk with redacted copies of all exhibits offered and/or admitted from the bench trial or (2) move the Court to seal the identified/admitted exhibits which contain personal information of the Plaintiff.  If Plaintiff fails to respond or comply with this order the Court will upload the exhibits as received to the public docket on March 17, 2020.

- 2 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 2, 2020.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties