AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| A.L. | ) |
| | ) |
| v. | ) | Case No.: 6:14-CV-1544-ACC-GJK |
| WALT DISNEY PARKS AND RESORTS U.S., INC. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ____06/23/2020____ against ___A.L.___ ,
<br>Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk  ................................................................ | $ | 0.00 |
| Fees for service of summons and subpoena .......................................... | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 13,115.60 |
| Fees and disbursements for printing ................................................ | | 4,215.86 |
| Fees for witnesses *(itemize on page two)* .......................................... | | 779.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,842.86 |
| Docket fees under 28 U.S.C. 1923 .................................................. | | 0.00 |
| Costs as shown on Mandate of Court of Appeals ...................................... | | 0.00 |
| Compensation of court-appointed experts ............................................ | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* ....................................................... | | 151.00 |
| | TOTAL | $    23,104.32 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service       ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:    /s/ Jeremy White _____

Name of Attorney: Jeremy White _____

For: ____WALT DISNEY PARKS AND RESORTS U.S., INC.____     Date: ____07/06/2020____
<br>*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____$ 23,104.32_____ and included in the judgment.

Elizabeth Warren        By:  R Olson                              7/21/20
<br>*Clerk of Court*                              *Deputy Clerk*                              *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | 1 | 40.00 | | | | | $40.00 |
| | 3 | 120.00 | 3 | 459.00 | | | $579.00 |
| | 2 | 80.00 | | | | | $80.00 |
| | 1 | 40.00 | | | | | $40.00 |
| | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| A.L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 6:14-cv-1544-ACC-GJK |
| | ) | |
| WALT DISNEY PARKS AND RESORTS | ) | |
| U.S., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JEREMY WHITE
IN SUPPORT OF DEFENDANT'S BILL OF COSTS**

I, Jeremy M. White, hereby declare and state as follows:

1.      I am a Partner at the law firm of McDermott Will & Emery LLP, and represent defendant Walt Disney Parks and Resorts U.S., Inc. ("Disney") in the above-captioned matter. I am over eighteen years of age and am otherwise competent to make this declaration. I have reviewed the documents attached hereto and have knowledge of their contents. The following statements are based on my personal knowledge and upon my review of the records and files maintained by McDermott Will & Emery LLP and Kaye Scholer LLP (my former firm) in the course of their representation of Disney in this matter.

2.      I submit this declaration in support of Disney's Bill of Costs which is being filed contemporaneously herewith.

3.      Beginning on February 18, 2020, the parties presented evidence to the Court during a three-day bench trial in this matter. Following the trial, the parties submitted post-trial briefs. Doc. 339; Doc. 340. On June 22, 2020, the Court issued a Memorandum and Order deciding all issues in Disney's favor and ordered that Disney "shall recover its costs of action."

Doc. 345, Memorandum Decision and Order at 50.  The Clerk of the Court entered judgement

the following day.  Doc. 346, Judgment.

     4.     I have compiled the expenses that Disney incurred in the process of litigating this

matter and filtered those expenses to include taxable costs in accordance with 28 U.S.C. §1920

*et. seq.* and applicable case law.

     5.     Disney has incurred the following taxable costs in this action.

     6.     **Fees of the Court Reporter for All or Any Part of the Transcripts Necessarily**

**Obtained for Use in the Case.**  Attached as Exhibit A are the invoices corresponding to

**$3,530.05** in costs incurred in obtaining transcripts of depositions noticed and taken by A.L. in

this action, as follows:

| Description | Deposition Date | Amount |
|---|---|---|
| Atkinson-Baker, Inc. – Deposition Transcript of Mark Lee Jones | 1/27/2015 | $518.75 |
| Stratos Legal Services – Deposition Transcript of Greg Hale | 4/28/15 | $293.65 |
| Stratos Legal Services – Deposition Transcript of Steve Riggs | 4/30/2015 | $387.40 |
| Ben Hyatt Certified Deposition Reporters – Deposition Transcript of Alison Armor | 7/7/2015 | $906.20 |
| Brickell Key Court Reporting LLC – Deposition Transcript of Jill L. Kelderman | 9/11/2015 | $961.20 |
| CaseWorks, Inc. – Deposition Transcript of Bruce Laval | 9/18/2015 | $462.85 |
| **Total Cost to Obtain Transcripts for Depositions Taken by Plaintiff** | | **$3,530.05** |

     7.     Attached as Exhibit B are invoices corresponding to **$3,223.10** in costs incurred

by Disney for the deposition it took in this action, as follows:

| Description | Deposition Date | Amount |
|---|---|---|
| DTI – Deposition of D.L. | 9/04/2015 | $1,872.60 |
| DTI – Deposition of Dr. Joette James | 9/10/2015 | $1,350.50 |

| Total Cost for Depositions Taken by Disney | | $3,223.10 |
|---|---|---|

8.      These depositions were all taken for use in the instant case, and the invoices in Exhibits A and B each specify the name and/or docket number of this case.  In fact, plaintiff independently noticed each of the witnesses identified in Exhibit A for deposition.  Moreover, D.L., Riggs, Armor, Dr. Kelderman, and Laval all testified at trial and Dr. James, Jones and Hale were listed on the plaintiff's trial witness list.  Doc. 274-3, Amended Joint Final Pretrial Statement, Exhibit C – Plaintiff's Witness List.  These transcripts were therefore necessary for use in this case.

9.      The costs indicated above include costs for "rough" transcripts of the depositions of Dr. Kelderman, Dr. James and D.L.  In light of the timing of these depositions, the "rough" transcripts were necessarily obtained for use in this case.

10.     The transcript costs identified above also include "appearance fees" for D.L.'s deposition, which were charged by the court reporter for attending the deposition.  These costs are not for the convenience of counsel, but rather were necessary for the deposition to be transcribed.

11.     Other costs associated with the depositions, such as "E-Transcript Fees," and fees for "Delivery," "PDF w/Linked Exhibits," "Shipping," and "Processing and Delivery" of deposition transcripts were charged directly by the court reporting company and were incurred in connection with receiving copies of the transcripts.

12.     Attached as Exhibit C are invoices corresponding to **$6,362.45** in costs incurred in obtaining transcripts of the three-day bench trial held before the Court, as follows:

| Description | Transcript Dates | Amount |
|---|---|---|
| Heather Jewett, RPR, FCRR – Transcripts of bench trial held before Judge Anne C. Conway | 2/18/2020, 2/19/2020 and 2/20/2020 | $3,451.45 |
| Nikki Peters – Transcripts of bench trial held before Judge Anne C. Conway | 2/18/2020, 2/19/2020 and 2/20/2020 | $2,911.00 |
| Total Cost of Trial Transcripts | | $6,362.45 |

13.    The costs indicated above include costs for "Realtime" transcripts of trial testimony. In light of the timing of the bench trial, "Realtime" transcripts were necessarily obtained for use in this case.

14.    The bench trial transcripts were not for the convenience of counsel, but necessary to conduct direct and cross-examinations of witnesses due to the complexity of the issues at trial, the need to challenge the credibility of plaintiff's primary witness, D.L., and to prepare post-trial briefs.

15.    Overall, Disney incurred **$13,115.60** in taxable costs pertaining to deposition and trial transcripts in this case.

16.    **Fees and Disbursements for Printing.** I calculated the costs Disney incurred for the printing of documents in connection with the production of documents sought by plaintiff in discovery, service and court copies of motions and briefs, and for use at depositions and trial. I calculated the costs by using Kaye Scholer LLP's in-house printing diary, which were billed at a standard rate of $0.08 per page, and invoices from document services companies used to prepare documents necessary for trial. Attached as Exhibit D are spreadsheets itemizing **$1,028.08** in internal printing costs for which Disney seeks taxation. Attached as Exhibit E are invoices corresponding to **$3,187.78** in costs incurred in connection with printing documents necessary for trial. These exhibits reflect charges incurred in 2015 and 2020, during which time Disney was actively litigating this case, including preparing document productions, drafting and filing

motions and briefs, taking and defending depositions, and preparing for and participating in the bench trial before the Court, among other tasks.

17.     Overall, Disney incurred **$4,215.86** in necessary printing costs.

18.     **Fees for Witnesses.** Disney is entitled to **$779.00** in witness fees under 28 U.S.C. §1821, as reflected in the below chart. Attached as Exhibit F is an invoice corresponding to expenses of Dr. Kelderman which were incurred by Disney for her to appear at trial.

| Description | Appearance Date(s) | Amount |
|---|---|---|
| Bruce Laval | 2/19/2020 | $40.00 |
| Dr. Jill L. Kelderman | 2/18/2020, 2/19/2020, 2/20/2020 | $579.00 ($120.00 Attendance Fee and $459.00 Subsistence Allowance) |
| Alison Armor | 2/18/2020, 2/19/2020 | $80.00 |
| Ketan Sardeshmukh | 2/19/2020 | $40.00 |
| Steve Riggs | 2/19/2020 | $40.00 |
| **Total Cost for Witness Appearances** | | **$779.00** |

19.     **Fees and Disbursements for Exemplification of Documents and E-Discovery.** Attached as Exhibit G is an invoice corresponding to **$110.40** in costs incurred by Disney in retrieving scholarly materials which were necessary to Disney's defense at trial.

20.     Attached as Exhibit H are invoices corresponding to **$971.28** in costs incurred by Disney in printing demonstrative exhibits for use at trial. These exhibits were material aids to assist the Court in connection with the presentation of evidence at trial and were therefore necessary to Disney's defense, and not merely for the convenience of counsel.

21.     In addition, certain e-discovery costs are taxable, including where a party (a) copies responsive documents to production media; (b) converts documents to a uniform production format (such as TIFF images); (c) is required to create an original source first and then apply other techniques to extract documents; or (d) creates load files in connection with the required production. After consulting with the e-discovery vendor, UnitedLex, I calculated the

costs Disney necessarily incurred in producing over 18,000 documents consisting of more than 100,000 pages by identifying on the bills which jobs correlated to the above taxable categories. Attached as Exhibit I is a spreadsheet itemizing certain e-discovery services performed by UnitedLex, which represents **$3,761.18** in taxable costs incurred by Disney.

22.     Overall, Disney incurred **$4,842.86** in taxable costs pertaining to the exemplification of documents in this case.

23.     **Other Costs.** Attached as Exhibit J is an invoice corresponding to **$151.00** for courier services to comply with the required in-person filing of Disney's sealed post-trial brief.

24.     In total, Disney seeks **$23,104.32** in taxable costs. Each item discussed above and included in these costs has been necessarily incurred in this case. Any services for which fees have been charged were actually and necessarily performed.

I declare under the penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the above facts are true and correct to the best of my knowledge and belief.

FURTHER DECLARANT SAYETH NAUGHT.

Executed this 6th day of July, 2020.


/s/ Jeremy M. White_____
Jeremy M. White

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

/s/ Jeremy M. White____
Jeremy M. White

# Exhibit A

ATKINSON-BAKER, INC.
500 NORTH BRAND BLVD., THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Page 1 of 1



Q394920

| | |
|---|---|
| Jeremy White<br>Kaye Scholer Accounts Payable<br>P.O. Box 93637<br>Pasadena, CA 91109-3637 | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Jeff Barnes, jbarnes@depo.com |

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Law Offices of Eugene Feldman |
|---|---|
| Taking Attorney: | Eugene Feldman |
| Case Name: | AL by & through DL vs Walt Disney |
| Case No.: | 6:14-CV-1544 ACCGJK |

| INVOICE NO. | A80DE99AB |
|---|---|
| FIRM NO. | 1164102 |
| INVOICE DATE | 2/9/2015 |
| DUE UPON RECEIPT | |

1.4122/6614

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Mark Lee Jones, taken 1/27/2015. | $518.75 |
| PAYMENT | -- |
| BALANCE DUE | $518.75 |

A service fee of .75% per month will be added to any invoice over 30 days old.

.......... Fold and tear at this perforation, then return stub with payment. ..........

| BALANCE DUE | $518.75 |
|---|---|

| INVOICE NO. | A80DE99AB |
|---|---|
| FIRM NO. | 1164102 |

From: Jeremy White
Kaye Scholer Accounts Payable
P.O. Box 93637
Pasadena, CA 91109-3637

For:   Certified copy of the reporter's transcript
of the deposition of Mark Lee Jones,
taken 1/27/2015.

Remit To:  Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# INVOICE

## Stratos Legal
*Raising the bar*
*Nationwide*
800.971.1127•www.stratoslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 169269 | 6/24/2015 | 88474 |

| Job Date | Case No. |
|---|---|
| 4/28/2015 | 6:14-cv-1544-Orl-22GJK |

| Case Name |
|---|
| A.L., by and through D.L., et al vs. Walt Disney Parks and Resorts US, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Kerry Scanlon
Kaye Scholer, L.L.P.
901 Fifteenth Street N.W.
Suite 1100
Washington, DC 2005

| | | |
|---|---|---|
| I CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Greg Hale | 89.00  Pages | 253.65 |
| Exhibit | 10.00  Pages | 5.00 |
| E-Transcript  Fee | | 35.00 |
| | **TOTAL DUE >>>** | **$293.65** |
| Thank you. Your business is appreciated. We now take Visa, Master Card & American Express. | | |
| | (-) Payments/Credits: | 0.00 |
| | (+) Finance Charges/Debits: | 0.00 |
| | (=) New Balance: | 293.65 |

Tax ID: 203092687

---

*Please detach bottom portion and return with payment.*

Kerry Scanlon
Kaye Scholer, L.L.P.
901 Fifteenth Street N.W.
Suite 1100
Washington, DC 2005

| | | | | |
|---|---|---|---|---|
| Job No. | : 88474 | BU ID | : FL DEPO |
| Case No. | : 6:14-cv-1544-Orl-22GJK | | |
| Case Name | : A.L., by and through D.L., et al vs. Walt Disney Parks and Resorts US, Inc. | | |
| Invoice No. | : 169269 | Invoice Date | : 6/24/2015 |
| Total Due | : $293.65 | | |

Remit To:   **Stratos Legal Services, LP**
**4295 San Felipe, Suite 125**
**Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:_____
Card Number:_____
Exp. Date:_____ Phone:_____
Billing Address:_____
Zip:_____ Card Security Code:_____
Amount to Charge:_____
Cardholder's Signature:_____

# INVOICE

## Stratos Legal
*Raising the bar.*
*Nationwide.*
800.971.1127•www.stratoslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 169268 | 6/24/2015 | 88475 |

| Job Date | Case No. |
|---|---|
| 4/30/2015 | 6:14-cv-1544-Orl-22GJK |

| Case Name |
|---|
| A.L., by and through D.L., et al vs. Walt Disney Parks and Resorts US, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Kerry Scanlon
Kaye Scholer, L.L.P.
901 Fifteenth Street N.W.
Suite 1100
Washington, DC 2005

| I CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Steve Riggs | 114.00 Pages | 324.90 |
| Exhibit | 55.00 Pages | 27.50 |
| E-Transcript Fee | | 35.00 |
| | **TOTAL DUE >>>** | **$387.40** |

Thank you. Your business is appreciated. We now take Visa, Master Card & American Express.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 387.40 |

Tax ID: 203092480

---

*Please detach bottom portion and return with payment.*

Kerry Scanlon
Kaye Scholer, L.L.P.
901 Fifteenth Street N.W.
Suite 1100
Washington, DC 2005

| | | |
|---|---|---|
| Job No. | : 88475 | BU ID : FL DEPO |
| Case No. | : 6:14-cv-1544-Orl-22GJK | |
| Case Name | : A.L., by and through D.L., et al vs. Walt Disney Parks and Resorts US, Inc. | |
| Invoice No. | : 169268 | Invoice Date : 6/24/2015 |
| Total Due | : $387.40 | |

Remit To    **Stratos Legal Services, LP**
**4295 San Felipe, Suite 125**
**Houston, TX 77027**

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone #: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE


BEN HYATT
Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1095242 | 7/29/2015 | 1032539 |

| Job Date | Case No. | |
|---|---|---|
| 7/7/2015 | 6:14-cv-1544-Orl-22GJK | |

| Case Name | | |
|---|---|---|
| A.L., by and through D.L., vs. Walt Disney Parks & Resorts US Inc | | |

| Payment Terms |
|---|
| Due upon receipt |

Kerry Scanon, Esq.
Kay Scholer, LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005

One Certified Transcript of:
Alison Armor
906.20

**TOTAL DUE >>> $906.20**

Payment is not contingent upon any third-party reimbursement. Payments after 30 days shall bear a compounded monthly interest rate of 1.5%. Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees

**We accept all major credit cards. If you would like to pay with a credit card, please send a request to settings@benhyatt.com with the invoice number(s) and amount you would like to pay and we will forward the credit card link.**

Thank you for using Ben Hyatt Certified Deposition Reporters.

Tax ID: 95-4691888

*Please detach bottom portion and return with payment.*

Kerry Scanon, Esq.
Kay Scholer, LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005

| | | |
|---|---|---|
| Invoice No. | : | 1095242 |
| Invoice Date | : | 7/29/2015 |
| **Total Due** | : | **$ 906.20** |

Remit To: **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA 91316**

| | | |
|---|---|---|
| Job No. | : | 1032539 |
| BU ID | : | 1-HYATT |
| Case No. | : | 6:14-cv-1544-Orl-22GJK |
| Case Name | : | A.L., by and through D.L., vs. Walt Disney Parks & Resorts US Inc |



# BRICKELL KEY

| INVOICE # | 000866 |
|-----------|--------|
| DATE | 09-28-15 |
| TOTAL DUE BY: | 10-28-15>>>$961.20 |

**BILL TO:**

Jeremy White, Esquire

Kerry Scanlon, Esquire

The McPherson Building

901 Fifteenth Street, NW

Washington, DC 20005

| | |
|--|--|
| Case: | A.L. and D.L. vs. Walt Disney Parks |
| Job Date: | Friday, September 11, 2015 |
| Job Location: | 11211 Prosperity Farms Road |
| | Palm Beach Gardens Florida 33410 |
| Reporter: | Dianne Sarkisian |

| | Quantity | Unit Price | Amount |
|---|---|---|---|
| Deposition/Hearing of: | | | |
| Deposition of Jill L. Kelderman Walsh, Ph.D. | | | |
| Original + 1 copy | 143 pages | 4.40 | 629.20 |
| Rough Draft electronically delivered 9-14-15 | 138 pages | 2.00 | 276.00 |
| Minuscript w/Word Index | 165 pages | 35.00 | 35.00 |
| Attendance Fee | | | |
| Exhibits | | | |
| black & white | 12 pages | .50 | 6.00 |
| Shipping | | | |
| USPS Priority Mail | | | 15.00 |
| Subtotal | | | |
| **Total:** | | | **$961.20** |

**Please remit payment to:**

Brickell Key Court Reporting
333 SE 2nd Avenue
Suite 2000
Miami, Florida 33131

Pay online with PayPal
www.brickellcourtreporting.com

*Thank you for your business!*

Invoices not paid by due date will be subject to 1.5% interest per month.
W9 requests to W9@brickellcourtreporting.com | Fed Tax ID. 26-3805767

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66959 | 10/5/2015 | 20990 |
| **Job Date** | **Case No.** | |
| 9/18/2015 | 6:14-CV-1544-ORL-22GJK | |
| **Case Name** | | |
| A.L. v. Walt Disney Parks and Resorts | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kerry Scanlon
Kaye Scholer LLP
901 15th Street NW
Washington DC 20005

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Dr. Bruce Laval | | 406.25 |
| PDF Transcript w/Linked Exhibits | | 35.00 |
| Exhibits - PDF Scans Linked Transcript | 54.00 | 21.60 |
| Read & Sign | | |
| | TOTAL DUE >>> | $462.85 |

Invoice due upon receipt and not contingent on client payment.

***PLEASE NOTE NEW REMITTANCE ADDRESS AND TAX ID # ***

Thank you for choosing CaseWorks. We truly appreciate your business!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $462.85 |

Tax ID: 47-2577524                                           Phone:     Fax:

*Please detach bottom portion and return with payment.*

Kerry Scanlon
Kaye Scholer LLP
901 15th Street NW
Washington DC 20005

| | | |
|---|---|---|
| Invoice No. | : | 66959 |
| Invoice Date | : | 10/5/2015 |
| Total Due | : | $462.85 |

| | | |
|---|---|---|
| Job No. | : | 20990 |
| BU ID | : | GSO-Deps |
| Case No. | : | 6:14-CV-1544-ORL-22GJK |
| Case Name | : | A.L. v. Walt Disney Parks and Resorts |

Remit To:   **PAYMENT PROCESSING CENTER**
            **CaseWorks**
            **P.O. Box 2598**
            **Durham NC 27715**

# Exhibit B



INVOICE

Phone: 800-292-4789

Kaye Scholer LLP
901 15th Street, NW
Washington, DC 20005-2327

| | |
|---|---|
| Invoice #: | M-061411 |
| Invoice Date: | 09/29/15 |
| Our Order #: | WDC-054471-01 |
| Customer #: | 101058 |

Attn:  JEREMY WHITE

Terms: Due upon receipt

6:14-CV-1544-ACC-GJK

A.L., et al vs. Walt Disney Parks
and Resorts U.S., Inc.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 04-Sep-2015 | | | | |
| Deponent: D▮▮▮ L▮▮▮, Vol. 1 | | | | |
| Rough ASCII | 149 | EACH | $1.35 | $201.15 |
| Deposition Appearance Fee - Regular - First Hour | 1 | EACH | $85.00 | $85.00 |
| Deposition Transcript - Original | 181 | EACH | $7.95 | $1,438.95 |
| Processing and Delivery - Transcript | 1 | EACH | $35.00 | $35.00 |
| Deposition Appearance Fee - Regular - Hourly | 2.5 | EACH | $45.00 | $112.50 |

Service Location: Orlando, FL

**Please note this is a revised invoice and
replaces invoice M-052331 as of 4/19/16.

| | |
|---|---|
| Subtotal: | $1,872.60 |
| Sales Tax | $0.00 |
| Total Invoice USD | $1,872.60 |

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/obpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793



INVOICE

Phone: 800-292-4789

Kaye Scholer LLP
901 15th St NW
Suite 1100
Washington DC 20005-2352
Attn: Jeremy White

Invoice #: 1911612
Invoice Date: 28-Sep-2015
Our Order #: 030-WDC-054475-01

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |

Terms: Due upon receipt

A.L., et al vs. Walt Disney Parks and Resorts U.S., Inc.
6:14-CV-1544-ACC-GJK

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 10-Sep-2015 | | | | |
| Deponent: Joette James, Ph.D. | | | | |
| Deposition Transcript - Original | 254 | Pg | | $922.10 |
| Rough ASCII | 216 | Pg | | $124.00 |
| Exhibit Copying - B&W | 36 | Pg | | $14.40 |
| Exhibit Copying - Color | 25 | Pg | | $25.00 |
| Exhibit Linking - Per Transcript - LEF | 1 | Ea | | $25.00 |
| Processing and Delivery - Transcript | 1 | Ea | | $35.00 |

| | | |
|---|---|---|
| Subtotal: | $1,350.50 |
| Sales Tax | $.00 |
| Total Invoice USD | $1,350.50 |

Service Location
          Washington DC

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE.
ABA Routing #: 121000248
Beneficiary Account #: 4125326904
Beneficiary Name: DTI

Tax No: 58-2413793

1 of 1

# Exhibit C



**Heather Jewett, RPR, FCRR**

401 West Central Boulevard, Suite 4600
Orlando, FL  32801
(407) 744-1567
heatherjewett.focr@gmail.com

## INVOICE

BILL TO
Kerry Alan Scanlon
McDermott, Will & Emery, LLP
500 N Capitol St NW
Washington, DC  20001

| | |
|---|---|
| INVOICE | 202000281 |
| DATE | 02/18/2020 |

| CASE NAME | CASE NO. | DCN NO. |
|---|---|---|
| A.L., D.L. v. Walt Disney | 6:14-cv-01544-ACC-GJK | N/A |

| DATE | DELIVERY | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/18/2020 | Original Next-Day Delivery | Four-day bench trial held before Judge Anne C. Conway.<br>02/18/2020: *90 (143 total pages)<br>02/19/2020: 128 pages<br>02/20/2020: 99 pages | 317 | 6.05 | 1,917.85 |
| 02/18/2020 | Realtime - Two+ Feeds | First realtime feed for four-day bench trial held before Judge Anne C. Conway.<br>02/18/2020: 135 RT pages<br>02/19/2020: 120 RT pages<br>02/20/2020: 95 RT pages | 350 | 2.10 | 735.00 |
| 02/18/2020 | Realtime - Two+ Feeds | Second realtime feed for four-day bench trial held before Judge Anne C. Conway. | 350 | 2.10 | 735.00 |
| 02/18/2020 | Copy Hourly/Next-Day Delivery | *Only billed a copy rate for the 02/18/2020 testimony of Alison Armor | 53 | 1.20 | 63.60 |

Transcript Requested By: Marth, Lisa <lmarth@mwe.com>

PAYMENT        3,451.45

02/14/2020: Received $4,100 (Ck#519379)
02/20/2020: Refund owed in the amount of $648.55
02/21/2020: Refund check (#272) mailed in the amount of $648.55

BALANCE DUE      **$0.00**

**PAID**

Checks may be made payable to Heather Jewett.

CERTIFICATION: I certify that the transcript fees charged and page
format used comply with the requirements of this court and the
Judicial Conference of the United States.

**United States District Court**
**Middle District**

Date: 02/12/2020
Invoice Number: 202000295
Re: Final Invoice

**To:**

Kerry Scanlon,
McDermott Will & Emery
500 North Capital Street, NW
Washington, DC. 20001
Phone: (202) 756-8224
Assistant's Name: Lisa Marth
Assistant's Email: lmarth@mwe.com

**Make Checks Payable To:**

Nikki Peters
Official US Court Reporter
EIN / Tax ID: 590406370
401 West Central Boulevard
Suite 4600
Orlando, FL, 32801
Phone: (407) 443-0144
Email: courtranscripts@outlook.com

## Case Details:

Case Number: 6:14-cv-1544-ACC-GJK
Case Title: A.L., D.L. vs. Walt Disney Parks and Resorts
US, Inc
Case Description: 3-day trial, two realtime feeds, daily
copy.
Criminal or Civil: Civil

Proceeding Date: Feb 18, 2020
Courthouse: Orlando
Judge Hearing Case: Anne C. Conway

## Transcripts:

Date Ordered: Feb 18, 2020
Date Delivered: Feb 20, 2020

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 284 | $6.05 | $1,718.20 |
| Realtime Original | 284 | $2.10 | $596.40 |
| Realtime 1st Copy | 284 | $2.10 | $596.40 |

Total: $2,911.00
Paid Amount: $4,100.00

**Amount Due: $-1,189.00**

*/s/ Nikki Peters*

# Exhibit D

## A.L. v. Disney: Walt Disney Parks and Resorts U.S., Inc.'s
## Internal Duplicating Costs (by Month)

*$0.08 per page

| Month | Date | Description | ID | # of Pages | Amount |
|---|---|---|---|---|---|
| January | 1/5/2015 | DC Infortex | 13458618 | 47 | $3.76 |
| | 1/15/2015 | DC Infortex | 13470513 | 115 | $9.20 |
| | | | 13470514 | 1 | $0.08 |
| | | | 13470515 | 1 | $0.08 |
| | 1/28/2015 | DC Infortex | 13485561 | 10 | $0.80 |
| Total | | | | | $13.92 |
| March | 3/30/2015 | DC Infortex | 13548441 | 1 | $0.08 |
| | 3/31/2015 | DC Infortex | 13549615 | 4 | $0.32 |
| Total | | | | | $0.40 |
| April | 4/13/2015 | DC Infortex | 13561885 | 1 | $0.08 |
| | | | 13561886 | 54 | $4.32 |
| | 4/17/2015 | DC Infortex | 13566626 | 244 | $19.52 |
| | | | 13566627 | 256 | $20.48 |
| | | | 13566628 | 80 | $6.40 |
| | | | 13566629 | 81 | $6.48 |
| | | | 13566630 | 93 | $7.44 |
| | | | 13566631 | 168 | $13.44 |
| | | | 13566632 | 20 | $1.60 |
| | 4/30/2015 | DC Infortex | 13580015 | 1 | $0.08 |
| Total | | | | | $79.84 |
| May | 5/13/2015 | DC Infortex | 13592942 | 425 | $34.00 |
| | 5/14/2015 | DC Infortex | 13594489 | 2 | $0.16 |
| | | | 13594490 | 425 | $34.00 |
| | | | 13594491 | 1 | $0.08 |
| | | | 13594492 | 8 | $0.64 |
| | 5/18/2015 | DC Infortex | 13596740 | 2 | $0.16 |
| | 5/19/2015 | DC Infortex | 13596742 | 246 | $19.68 |
| | | | 13597144 | 4 | $0.32 |
| | | | 13597145 | 118 | $9.44 |
| | | | 13597146 | 69 | $5.52 |
| | | | 13597147 | 40 | $3.20 |
| | | | 13597148 | 88 | $7.04 |
| | | | 13597149 | 6 | $0.48 |
| | 5/20/2015 | DC Infortex | 13599942 | 193 | $15.44 |
| | | | 13599943 | 51 | $4.08 |
| | | | 13599944 | 169 | $13.52 |
| Total | | | | | $147.76 |
| June | 6/10/2015 | DC Infortex | 13621945 | 5 | $0.40 |
| | 6/17/2015 | DC Infortex | 13629637 | 2 | $0.16 |
| | | | 13629638 | 128 | $10.24 |
| | | | 13629639 | 362 | $28.96 |

### A.L. v. Disney: Walt Disney Parks and Resorts U.S., Inc.'s
### Internal Duplicating Costs (by Month)

*$0.08 per page

| Month | Date | Description | ID | # of Pages | Amount |
|---|---|---|---|---|---|
| June | 42172 | DC Infortex | 13629640 | 575 | $46.00 |
| | 6/22/2015 | DC Infortex | 13634406 | 252 | $20.16 |
| | | | 13634407 | 25 | $2.00 |
| | | | 13634408 | 1 | $0.08 |
| | | | 13634409 | 27 | $2.16 |
| | 6/29/2015 | DC Infortex | 13645213 | 26 | $2.08 |
| | | | 13645214 | 64 | $5.12 |
| | | | 13645215 | 23 | $1.84 |
| | 6/30/2015 | DC Infortex | 13646432 | 124 | $9.92 |
| | | | 13646433 | 190 | $15.20 |
| | | | 13646434 | 149 | $11.92 |
| | | | 13646435 | 3 | $0.24 |
| | | | 13646436 | 17 | $1.36 |
| Total | | | | | $157.84 |
| July | 7/2/2015 | DC Infortex | 13650120 | 41 | $3.28 |
| | | | 13650121 | 1 | $0.08 |
| | | | 13650122 | 4 | $0.32 |
| | | | 13650123 | 1 | $0.08 |
| | | | 13650124 | 311 | $24.88 |
| | 7/9/2015 | DC Infortex | 13655575 | 28 | $2.24 |
| Total | | | | | $30.88 |
| September | 9/1/2015 | DC Infortex | 13713498 | 6 | $0.48 |
| | | | 13713499 | 66 | $5.28 |
| | 9/2/2015 | DC Infortex | 13714496 | 100 | $8.00 |
| | | | 13714497 | 77 | $6.16 |
| | | | 13714498 | 560 | $44.80 |
| | | | 13714499 | 600 | $48.00 |
| | | | 13714500 | 135 | $10.80 |
| | | | 13714501 | 412 | $32.96 |
| | | | 13714502 | 208 | $16.64 |
| | | | 13714503 | 48 | $3.84 |
| | | | 13714504 | 76 | $6.08 |
| | 9/3/2015 | DC Infortex | 13715892 | 46 | $3.68 |
| | | | 13715893 | 176 | $14.08 |
| | | | 13715894 | 11 | $0.88 |
| | | | 13715895 | 26 | $2.08 |
| | | | 13715896 | 5 | $0.40 |
| | | | 13715897 | 3 | $0.24 |
| | | | 13715898 | 478 | $38.24 |
| | 9/9/2015 | DC Infortex | 13718357 | 604 | $48.32 |
| | | | 13718358 | 129 | $10.32 |

**A.L. v. Disney: Walt Disney Parks and Resorts U.S., Inc.'s**
**Internal Duplicating Costs (by Month)**

^$0.08 per page

| Month | Date | Description | ID | # of Pages | Amount |
|---|---|---|---|---|---|
| September | 9/9/2015 | DC Infortex | 13718359 | 50 | $4.00 |
| | | | 13718360 | 40 | $3.20 |
| | | | 13718361 | 211 | $16.88 |
| | 9/11/2015 | DC Infortex | 13721676 | 66 | $5.28 |
| | 9/15/2015 | DC Infortex | 13723965 | 27 | $2.16 |
| | | | 13723966 | 33 | $2.64 |
| | | | 13723967 | 45 | $3.60 |
| | 9/16/2015 | DC Infortex | 13725059 | 237 | $18.96 |
| | | | 13725060 | 4 | $0.32 |
| | | | 13725061 | 22 | $1.76 |
| | | | 13725062 | 2 | $0.16 |
| | 9/17/2015 | DC Infortex | 13726600 | 85 | $6.80 |
| | 9/21/2015 | DC Infortex | 13730118 | 69 | $5.52 |
| | | | 13730119 | 6 | $0.48 |
| | 9/22/2015 | DC Infortex | 13731436 | 622 | $49.76 |
| | 9/24/2015 | DC Infortex | 13733587 | 912 | $72.96 |
| | 9/25/2015 | DC Infortex | 13734257 | 150 | $12.00 |
| | | | 13734258 | 3 | $0.24 |
| | | | 13734259 | 145 | $11.60 |
| | | | 13734260 | 221 | $17.68 |
| | | | 13734261 | 3 | $0.24 |
| | | | 13734262 | 11 | $0.88 |
| | | | 13734263 | 18 | $1.44 |
| | | | 13734264 | 64 | $5.12 |
| **Total** | | | | | **$544.96** |
| December | 12/1/2015 | DC Infortex | 13799523 | 54 | $4.32 |
| | 12/2/2015 | DC Infortex | 13802015 | 144 | $11.52 |
| | 12/4/2015 | DC Infortex | 13804675 | 371 | $29.68 |
| | 12/29/2015 | DC Infortex | 13824239 | 87 | $6.96 |
| **Total** | | | | | **$52.48** |
| **Grand Total** | | | | | **$1,028.08** |

# Exhibit E



# ORLANDO LEGAL
## DOCUMENT SERVICES

**PAID**
02/17/2020

## Invoice

Bill To:

McDermott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001-1531

*Effective 01/01/2017 a
1.5% interest rate will be
charged on outstanding
invoices 90 days or more.*

www.orlandolegalcopies.com
407.244.5521

| Date | Invoice # |
|---|---|
| 2/14/2020 | 102531 |

| Rep | Client Name | Terms | Client Matter |
|---|---|---|---|
| | Lisa K Marth | | 043919-0018 |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 2,124 | Light Litigation File Copies | 0.11 | 233.64T |
| 288 | Color Prints 8.5 X 11 | 0.97 | 279.36T |
| 2,412 | 3-Hole Drill Copies, Prints, or Originals | 0.01 | 24.12T |
| 249 | Index Tabs | 0.75 | 186.75T |
| 6 | 2 Inch Notebook (D Ring) | 8.95 | 53.70T |
| | Sales Tax | 6.50% | 50.54 |

| Thank you for your business! | Total | $828.11 |
|---|---|---|

*Federal Tax ID#*
*02-0542080*

x_____

745 N Thornton Ave.
Orlando, FL 32803



# Invoice

www.orlandolegalcopies.com
407.244.5521

| Date | Invoice # |
|------|-----------|
| 2/17/2020 | 102574 |

**Bill To:**

McDermott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001-1531

*Effective 01/01/2017 a 1.5% interest rate will be charged on outstanding invoices 90 days or more.*

| Rep | Client Name | Terms | Client Matter |
|-----|-------------|-------|---------------|
|     | Lisa Marth  |       | 043919-0019   |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 907 | Light Litigation File Copies | 0.11 | 99.77T |
| 65  | 8.5 X 11 Color Copies | 0.97 | 63.05T |
| 972 | Staple Copies or Prints | 0.02 | 19.44T |
| 169 | Custom File Folders | 2.00 | 338.00T |
|     | Sales Tax | 6.50% | 33.82 |

| Thank you for your business! | Total | $554.08 |
|---|---|---|

Federal Tax ID#
02-0542080

x_____

745 N Thornton Ave.
Orlando, FL 32803



# ORLANDO LEGAL DOCUMENT SERVICES

PAID
02/17/2020

## Invoice

**Bill To:**
McDermott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001-1531

| Date | Invoice # |
|------|-----------|
| 2/14/2020 | 102534 |

*Effective 01/01/2017 a 1.5% interest rate will be charged on outstanding invoices 90 days or more.*

www.orlandolegalcopies.com
407.244.5521

| Rep | Client Name | Terms | Client Matter |
|-----|-------------|-------|---------------|
| | Lisa Marth | | 043919-0018 |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 2,428 | Light Litigation File Copies | 0.11 | 267.08T |
| 2,428 | GBC/Spiral Drill Copies, Prints, or Originals | 0.03 | 72.84T |
| 52 | Clear Covers & Black Vinyl Backs | 5.00 | 260.00T |
| 52 | GBC Combs | 5.00 | 260.00T |
| | Sales Tax | 6.50% | 55.89 |

| Thank you for your business! | **Total** | **$915.81** |
|---|---|---|

*Federal Tax ID#*
*02-0542080*

X_____

745 N Thornton Ave.
Orlando, FL 32803



# ORLANDO LEGAL
## DOCUMENT SERVICES

PAID
02/17/2020

## Invoice

**Bill To:**

McDermott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001-1531

*Effective 01/01/2017 a 1.5% interest rate will be charged on outstanding invoices 90 days or more.*

www.orlandolegalcopies.com
407.244.5521

| Date | Invoice # |
|------|-----------|
| 2/14/2020 | 102521 |

| Rep | Client Name | Terms | Client Matter |
|-----|-------------|-------|---------------|
| | Lisa Marth | | 043919-0018 |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 2,000 | Light Litigation File Copies | 0.11 | 220.00T |
| 630 | 8.5 X 11 Color Copies | 0.97 | 611.10T |
| 2,630 | GBC/Spiral Drill Copies, Prints, or Originals | 0.03 | 78.90T |
| 20 | Clear Covers & Black Vinyl Backs | 5.00 | 100.00T |
| 20 | GBC Combs | 5.00 | 100.00T |
| | Sales Tax | 6.50% | 72.15 |

| Thank you for your business! | Total | $1,182.15 |
|------------------------------|-------|-----------|

*Federal Tax ID#*
*02-0542080*

X_____

745 N Thornton Ave.
Orlando, FL 32803



# ORLANDO LEGAL
## DOCUMENT SERVICES

## Invoice

**Bill To:**
McDermott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001-1531

| Date | Invoice # |
|------|-----------|
| 2/17/2020 | 102566 |

*Effective 01/01/2017 a 1.5% interest rate will be charged on outstanding invoices 90 days or more.*

www.orlandolegalcopies.com
407.244.5521

| Rep | Client Name | Terms | Client Matter |
|-----|-------------|-------|---------------|
|  | Lisa Marth |  | 043919-0018 |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1,098 | Light Litigation File Copies | 0.11 | 120.78T |
| 1,098 | 3-Hole Drill Copies, Prints, or Originals | 0.01 | 10.98T |
| 290 | Index Tabs | 0.75 | 217.50T |
| 1 | Binder Assembly | 95.00 | 95.00T |
|  | Sales Tax | 6.50% | 28.88 |

Thank you for your business!

| Total | $473.14 |
|-------|---------|

Federal Tax ID#
02-0542080

X_____

745 N Thornton Ave.
Orlando, FL 32803



# ORLANDO LEGAL
## DOCUMENT SERVICES

## Invoice

**Bill To:**

McDermott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001-1531

| Date | Invoice # |
|------|-----------|
| 2/17/2020 | 102565 |

*Effective 01/01/2017 a
1.5% interest rate will be
charged on outstanding
invoices 90 days or more.*

www.orlandolegalcopies.com
407.244.5521

| Rep | Client Name | Terms | Client Matter |
|-----|-------------|-------|---------------|
|  | Lisa Marth |  | 043919-0018 |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 3,370 | Light Litigation File Copies | 0.11 | 370.70T |
| 3,370 | GBC/Spiral Drill Copies, Prints, or Originals | 0.03 | 101.10T |
| 55 | GBC Combs | 5.00 | 275.00T |
| 55 | Clear Covers & Black Vinyl Backs | 5.00 | 275.00T |
|  | Sales Tax | 6.50% | 66.42 |

| Thank you for your business! | **Total** | **$1,088.22** |
|---|---|---|

Federal Tax ID#
02-0542080

X_____

745 N Thornton Ave.
Orlando, FL 32803



**Case Team Solutions LLC**
1100 H Street NW, Suite M100
Washington, DC 20005 US
billing@caseteamsolutions.com

**BILL TO**
Lisa Marth
McDermott Will & Emery
500 North Capitol St NW
Washington, DC 20001

**INVOICE 000455**

**DATE** 02/10/2020  **TERMS** Net 30

**DUE DATE** 03/11/2020

**CLIENT MATTER NUMBER**
043919-0018

**ORDERED DATE**
02/04/2020

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 3" Binder | 4 | 12.00 | 48.00T |
| File Folder | 83 | 1.00 | 83.00T |
| Tabs - Numeric | 415 | 0.25 | 103.75T |
| EDD: Tiff Conversion per Page | 721 | 0.02 | 14.42T |
| Labor: Tech Time - Regular | 2 | 75.00 | 150.00 |
| Print: B&W with Assembly | 3,125 | 0.10 | 312.50T |
| Print: Color with Assembly | 480 | 0.60 | 288.00T |
| Binder: 1.5" Binder | 4 | 11.75 | 47.00T |

Please remit payment to the above address.

| | |
|---|---|
| SUBTOTAL | 1,046.67 |
| TAX | 53.80 |
| TOTAL | 1,100.47 |
| **TOTAL DUE** | **$1,100.47** |

Client has 30 days from receipt of Case Team Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Case Team Solutions Tax ID: 83-1444546

# Exhibit F

11211 Prosperity Farms Road,
Suite C303
Palm Beach Gardens, FL  33410
(561) 688-9795
www.neuropsych4kids.com


THE CENTER FOR
Pediatric Neuropsychology

Invoice  10687

**BILL TO**
Jeremy M White
McDermott Will & Emery LLP
500 North Capital Street NW
Washington DC  20001

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 03/06/2020 | $1,934.80 | 03/06/2020 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 02/22/2020 | **Lodging**<br>Marriott Grand Bohemian | 1 | 1,934.80 | 1,934.80 |

Hotel reimbursement for A.L. trial

| | TOTAL DUE | $1,934.80 |
|--|-----------|-----------|

THANK YOU.

# Exhibit G

**Subject:** MWE Rush Request 043919-0018-14524
**From:** "Montes, Eric" <Emontes@mwe.com>
**Date:** 2/4/2020, 10:44 AM
**To:** "docs@udi-usa.com" <docs@udi-usa.com>



Patrick,

Can you obtain the following today? For Julie McConnell. #2 looks to be a book chapter. Please advise if you don't think you have access.

1.  Flannery, K. B., & Horner, R. H. (1994). The relationship between predictability and problem behavior for students with severe disabilities. *Journal of Behavioral Education, 4,* 157–176.

2.  Rutter, M. (1978). Diagnosis and definition. In M. Rutter (Ed.), *Autism: a reappraisal of concepts and treatment.* New York: Plenum Press.   *NRLF (Scan)*

3.  Schreibman, L., Whalen, C., & Stahmer, A. C. (2000). The use of video priming to reduce disruptive transition behavior in children with autism. *Journal of Positive Behavior Interventions, 2,* 3–11.

Thanks.

Eric

ERIC M. MONTES
Research Manager
McDermott Will & Emery LLP   275 Middlefield Road, Suite 100, Menlo Park, CA 94025
Tel +1 650 815 7494 | Email emontes@mwe.com
Website | vCard | Twitter | LinkedIn

*******************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private
communication sent by a law firm and may be confidential or protected by privilege. If you are not
the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the
information contained in or attached to this message is strictly prohibited. Please notify the sender of
the delivery error by replying to this message, and then delete it from your system. Our Privacy
Policy explains how we may use your personal information or data and any personal information or
data provided or made available to us. Thank you.
*******************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

**Urgent Documents International**                          **INVOICE #:  MWE-81`**
1118 Hopkins Street
Berkeley, CA  94702
(510) 524-4351
docs@udi-usa.com

**Issue Date:  April 20th, 2020**

Accounts Payable                                      Approved for Payment
McDermott, Will & Emery LLP                           April 21, 2020
275 Middlefield Road                                  Eric M. Montes
Menlo Park, CA  94025

**INVOICE PERIOD:  FEB 2020**

| Date | CMID | Librarian | Requestor | Qty. | Req | Qty. | Rush | Bks | Rsrch. | Copyright | Subtotal |
|------|------|-----------|-----------|------|-----|------|------|-----|--------|-----------|----------|
| 02/04/20 | 043919-0018-14524 | Montes | Julie McConnell | 0 | $0.00 | 3 | $90.00 | | | $110.40 | $200.40 |

# Exhibit H



# ORLANDO LEGAL
## DOCUMENT SERVICES

**PAID**
**02/11/2020**

## Invoice

Bill To:

McDermott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001-1531

*Effective 01/01/2017 a
1.5% interest rate will be
charged on outstanding
invoices 90 days or more.*

*www.orlandolegalcopies.com*
*407.244.5521*

| Date | Invoice # |
|------|-----------|
| 2/11/2020 | 102395 |

| Rep | Client Name | Terms | Client Matter |
|-----|-------------|-------|---------------|
| | Lisa Marth | | 043919-0018 |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 3 | Custom Trial Boards Printed and Mounted on Gator Board (2-48x48 1-48x39) | 304.00 | 912.00T |
| | Sales Tax | 6.50% | 59.28 |

| Thank you for your business! | Total | $971.28 |
|---|---|---|

*Federal Tax ID#*
*02-0542080*

x_____

745 N Thornton Ave.
Orlando, FL 32803

# Exhibit I

| Client | Matter | Client/Matter No. | Bill Number | Date | UnitedLex Employee | Narrative | Total Billed Amount |
|---|---|---|---|---|---|---|---|
| Walt Disney Co. | A.L. | 64132.0014 | 802710 | 5/14/2015 | Goodrich, Josh | Create revised set of production documents retaining same order as original; re-stamp and export results for production to opposing counsel per R. Bugg. | 357.00 |
| Walt Disney Co. | A.L. | 64132.0014 | 802710 | 5/19/2015 | Goodrich, Josh | Send document download links for all recently made productions to new contact at opposing counsel as courtesy per R. Bugg. | 84.00 |
| Walt Disney Co. | A.L. | 64132.0014 | 804878 | 6/5/2015 | Smalls, Yolanda | Review and perform production on 275 documents in the Disney AL Review database; load production on to the AL Production database. Perform quality control to ensure that all files were produced correctly; in addition, perform production on 1323 documents in Disney Relativity database; coordinate the process of OC; export production with tiffs and Concordance load files, and with pdfs; perform quality control to ensure that all files were produced correctly. | 1,148.44 |
| Walt Disney Co. | A.L. | 64132.0014 | 804878 | 6/8/2015 | Goodrich, Josh | Create additional production set (WDPR005) from new documents forwarded by J. White; load into Concordance database and export converted PDF files for distribution to opposing counsel. | 273.00 |
| Walt Disney Co. | A.L. | 64132.0014 | 804878 | 6/16/2015 | Smalls, Yolanda | Review and creating load files for small batch processing. Load documents into Relativity; produce files with new Beginning and Ending document numbers. Load documents into Relativity. | 689.06 |
| Walt Disney Co. | A.L. | 64132.0014 | 804878 | 6/22/2015 | Smalls, Yolanda | Review and create load files for files to be process in relativity; perform quality control to ensure that all files were processed and exported correctly; load files into Concordance database; perform production on files; convert files to pdfs, and print hard copy of files. | 689.06 |
| Walt Disney Co. | A.L. | 64132.0014 | 807604 | 7/27/2015 | Goodrich, Josh | Convert remaining document folders from normal PDF to searchable PDF for production to opposing counsel per T. Wilson. | 520.62 |
| | | | | | | **Total** | **3,761.18** |

# Exhibit J

**XPRESS DELIVERIES**

P.O. BOX 172998
TAMPA, FL 33672
(813)225-1333

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2020 | 15562 |

**Bill To**

THOMAS LOCICERO
601 S. BLVD
TAMPA, FL 33606
United States

| Date | Order Info | | | Total |
|------|-----------|---|---|-------|
| 3/3/2020 | | | | |
| 3/25/2020 | #206985 From: THOMAS LOCICERO, 601 S. BLVD  TAMPA, FL, 33606, United States  To: ORANGE COUNTY FEDERAL , 401 W CENTRAL BLVD  ORLANDO , FL, 32801, United States | Pick Contact: JON PHILIPSON  Del Contact: CLERKS OFFICE  Ref: 874-2  Instruct: DELIVER TO CLERKS O  *L410* | Base Price: $151.00 | 151.00 |

| | Total | $169.50 |
|---|-------|---------|